ORIGINAL

1  bosley-kimind

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagatna, Guam 96910
   Telephone: (671) 472-7332
6  Telecopier: (671) 472-7334

7  Attorneys for the United States of America

**FILED**

DISTRICT COURT OF GUAM

JUL 25 2007

MARY L.M. MORAN
CLERK OF COURT

8

9            **IN THE UNITED STATES DISTRICT COURT**

10              **FOR THE TERRITORY OF GUAM**

                                    **07-00064**

11  UNITED STATES OF AMERICA,    )   CRIMINAL CASE NO.
                                 )
12            Plaintiff,         )
                                 )
13       vs.                     )      **INDICTMENT**
                                 )
14  MI KYUNG BOSLEY, aka Mi Kyung Park, )  **CONSPIRACY TO COMMIT**
    and IN HYUK KIM, aka Dominic,       )  **ALIEN SMUGGLING**
15                               )      [18 U.S.C. §§ 2 & 317]
            Defendants.          )
16  _____)

17  THE GRAND JURY CHARGES:

18

19       On or between November 2, 2006, and January 30, 2007, within the District of Guam and

20  elsewhere, the defendants herein, MI KYUNG BOSLEY and IN HYUK KIM, did unlawfully,

21  willfully, and knowingly combine, conspire, confederate and agree with each other and with

22  other persons both known and unknown to the Grand Jury, to commit an offense against the

23  United States, to-wit: alien smuggling for commercial advantage and financial gain, in violation

24  of Title 8, U.S.C. § 1324(a)(1)(A)(iii), and did commit overt acts in furtherance of said

25  conspiracy and to achieve the object thereof, to-wit:

26  //

27

28                                    -1-

1) On November 6, 2006, MI KYUNG BOSLEY accepted $1,400 in United States currency for the purpose of ensuring that the I-94 forms which had been issued to Korean nationals Su Jeong CHOI, Ji Young AN, and Jang Mi BYEON, when they entered Guam as tourists on the Korean tourist visa waiver program, were entered into the Treasury Enforcement Communication System (TECS) computer system, to make it appear they had departed Guam, the defendants believing that in fact said nationals had not departed Guam;

2) On November 6, 2006, MI KYUNG BOSLEY gave IN HYUK KIM $1,200 in United States currency and copies of passports and I-94 forms for three Korean nationals, Su Jeong Choi, Ji Young An and Jang Mi Byeon;

3) On November 17, 2006, MY KYUNG BOSLEY accepted $800 in United States currency for the purpose of ensuring that an I-94 form which had been issued to Korean national Mi Sun IM when she entered Guam as a tourist on the Korean tourist visa waiver program, was entered into TECS to make it appear she had departed Guam, and to ensure that Korean national Jang Mi BYEON would be able to leave Guam without having to surrender her I-94 form to U.S. Customs and Border Protection;

4) On November 17, 2006, MY KYUNG BOSLEY gave IN HYUK KIM $800 in United States currency and copies of the I-94 form for Mi Sun IM;

5) On November 17, 2006, MY KYUNG BOSLEY telephoned another individual to report that IN HYUK KIM needed the e-ticket number or airline ticket of Jang Mi BYEON;

6) On January 16, 2007, IN HYUK KIM met another individual at King's Restaurant in

//
//
//
//
//
//

-2-

Harmon to discuss the status of the I-94 forms in the names of Su Jeong CHOI, Ji Young AN, Jang Mi BYEON, and Mi Sun IM,

ALL IN VIOLATION of Title 18, United States Code, Sections 2 and 371.

Dated this 25th day of July, 2007.

A TRUE BILL.

Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

-3-