DISTRICT COURT OF GUAM

TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
JUL 31 2007
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>IN HYUK KIM,<br><br>        Defendant. | CRIMINAL CASE NO. 07-00064-002<br><br>APPOINTMENT ORDER |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case.

Dated this 31st day of July, 2007.

_____
FRANCES M. TYDINGCO-GATEWOOD, Chief Judge
DISTRICT COURT OF GUAM