AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of    GUAM

**FILED**
DISTRICT COURT OF GUAM
JUL 3 1 2007
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

V.

IN HYUK KIM aka DOMINIC

## WARRANT FOR ARREST

Case Number: CR-07-00064-002

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **IN HYUK KIM aka DOMINIC**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with (brief description of offense)

Conspiracy to Commit Alien Smuggling

in violation of Title    18    United States Code, Section(s)    2 and 317

| WALTER M. TENORIO | [signature] |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 7/25/2007    Hagatna, Guam |
| Title of Issuing Officer | Date    Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Guam Airport

| DATE RECEIVED 7/25/2007 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/31/2007 | JOHN DUENAS, SA ICE | [signature] |

ORIGINAL

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____IN HYUK KIM aka DOMINIC_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: