JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Fax: (671) 472-7120

Attorney for Defendant
IN HYUK KIM


FILED
DISTRICT COURT OF GUAM
AUG 23 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 07-00064 |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE TRIAL<br>) DATE AND EXCLUDING TIME |
| vs. | ) |
| IN HYUK KIM, | ) |
| Defendant, | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Defendant's Trial presently scheduled for September 24, 2007, at 9:30 a.m., be continued for approximately one month, or a date convenient for the Court's calendar.

The parties request this continuance to allow defense counsel to conduct further investigation and research for trial. In addition, defense counsel will be unavailable from August 27, 2007 to September 24, 2007. Also, government counsel will be unavailable from September 8, 2007 to October 10, 2007.

**ORIGINAL**

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the time period beginning and including September 24, 2007, to and including the new trial date of October _____, 2007, be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161.

Mr. Kim has been consulted with and fully agrees with the proposed continuance.

Therefore, for the reasons set forth in this stipulation, the parties respectfully submit that this continuance is in Mr. Kim's best interests, furthers judicial economy and efficiency and is in society's best interests. Thus, the ends of justice are best served by this proposed continuance.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, August 22, 2007.

_____
JOHN T. GORMAN
Attorney for Defendant
JOVENO CATAMA FERNANDEZ, JR.

_____
KARON V. JOHNSON
Attorney for Plaintiff
UNITED STATES OF AMERICA

2

Case 1:07-cr-00064    Document 16    Filed 08/23/2007    Page 2 of 2