JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111

Attorney for Defendant
IN HYUK KIM

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM
CR 07-00064

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | ORDER re: STIPULATION TO |
| Plaintiff, | ) | CONTINUE TRIAL AND EXCLUDING |
| | ) | TIME |
| vs. | ) | |
| IN HYUK KIM, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Stipulation filed on August 23, 2007, to continue Trial to October 30th, 2007, at 9:30a.m., is Hereby Approved and So Ordered. IT IS ALSO APPROVED AND SO ORDERED, based on the above-referenced stipulation, that the time between August 24, 2007 and October 30th, 2007, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) and that the ends of justice are best served by continuing the case as requested and outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, 18 U.S.C. § 3161.

DATED: Hagatna, Guam, August 24th, 2007.



/s/ Frances M. Tydingco-Gatewood
Chief Judge