JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
IN HYUK KIM

FILED
DISTRICT COURT OF GUAM
OCT 23 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 07-00064 |
|---|---|
| Plaintiff, | ) DEFENDANT'S PROPOSED VERDICT FORM |
| vs. | ) |
| IN HYUK KIM, | ) |
| Defendant. | ) |

Pursuant to the Order of the Court, Defendant, IN HYUK KIM, submits the following proposed verdict form annexed hereto.

DATED: Mongmong, Guam, October 23, 2007.

JOHN T. GORMAN
Attorney for Defendant
IN HYUK KIM

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 07-00064 |
| Plaintiff, | ) <br> ) VERDICT <br> ) FORM |
| vs. | ) |
| IN HYUK KIM, | ) |
| Defendant. | ) |

We, the Jury, in the above-entitled case unanimously find the Defendant, IN HYUK KIM:

**CONSPIRACY TO COMMITT ALIEN SMUGGLING**

Violation of Section 1324(a)(1)(A)(iii), Title 8, United States Code, Conspiracy to Commit Alien Smuggling:

/ / NOT GUILTY

/ / GUILTY

Dated this _____ day of _____, 2007, at Hagåtña, Guam.

_____
FOREPERSON

## CERTIFICATE OF SERVICE

I, ALEXANDER A. MODABER, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on October 23, 2007:

KARON V. JOHNSON
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Mongmong, Guam, October 23, 2007.

_____
ALEXANDER A. MODABER
Investigator