1
**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
2   Suite 300, DNA Building
238 Archbishop Flores Street
3   Hagåtña, Guam 96910
Telephone (671) 477-8064/5
4   Facsimile (671) 477-5297

5   *Attorneys for Defendant In Hyuk Kim aka*
*DOMINIC*
6

**FILED**
DISTRICT COURT OF GUAM

OCT 2 4 2007

JEANNE G. QUINATA
Clerk of Court

7               IN THE UNITED STATES DISTRICT COURT

8                          DISTRICT OF GUAM

9

10   UNITED STATES OF AMERICA,            CRIMINAL CASE NO. 07-00064

11
                      vs.                **SUBSTITUTION OF COUNSEL AND**
12                                        **ENTRY APPEARANCE**

13   IN HYUK KIM aka DOMINIC,

14                      Defendants.

15       Defendant, IN HYUK KIM aka DOMINIC, hereby substitutes the Law Offices of LUJAN

16   AGUIGUI & PEREZ LLP in place of the Federal Public Defender.

17       Dated this 24th day of October, 2007.

18                                 _____
19                                 **IN HYUK KIM aka DOMINIC**

20       The Federal Public Defender hereby agrees to the above Substitution of Counsel.

21       Dated this 24th day of October, 2007.

22                                 FEDERAL PUBLIC DEFENDER'S OFFICE

23

24                          By: _____
                               **JOHN T. GORMAN, ESQ.**
25

26

27
28
USA vs. In Hyuk Kim aka Dominic
Criminal Case No. 07-00064
SUBSTITUTION OF COUNSEL AND ENTRY APPEARANCE
K-0021

1
2

# ENTRY OF APPEARANCE

3

**PLEASE TAKE NOTICE** that the Law firm of LUJAN AGUIGUI & PEREZ LLP enters

4

its appearance for Defendant IN HYUK KIM aka DOMINIC in the above-captioned matter.

5

DATED this 24th day of October, 2007.

6
7
8

LUJAN AGUIGUI & PEREZ LLP

9
10

By: _____

11

PETER C. PEREZ, ESQ.
*Counsel for Defendant In Hyuk Kim aka Dominic*

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

28

USA vs. In Hyuk Kim aka Dominic
Criminal Case No. 07-00064
SUBSTITUTION OF COUNSEL AND ENTRY APPEARANCE
K-0021