**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297



FILED
DISTRICT COURT OF GUAM

OCT 2 4 2007

JEANNE G. QUINATA
Clerk of Court

*Attorneys for Defendant In Hyuk aka Dominic*

# IN THE UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>IN HYUK KIM aka DOMINIC,<br><br>Defendant. | CRIMINAL CASE NO. CR07-00064<br><br>**MOTION TO CONTINUE TRIAL** |

Defendant, IN HYUK KIM aka DOMINIC, by and through counsel, LUJAN AGUIGUI & PEREZ LLP, respectfully moves the court for an order continuing trial and filing deadlines for a period of approximately three (3) months. The continuances are requested on the following grounds: (a) counsel was retained on or about October 23, 2007; (b) the trial is currently scheduled for October 30, 2007; (c) the pretrial motion cut-off date and other filing deadlines have lapsed; (d) newly retained counsel requests an opportunity to thoroughly review and investigate this case and to prepare for trial, motions, or determine other strategic options for the disposition and defense of this case; and, (e) a continuance of approximately three (3) months will ensure an adequate opportunity for newly retained counsel to perform the aforementioned tasks and ensure the defendant receives effective assistance of counsel. Counsel has discussed the request for continuance with Assistant U.S. Attorney Karon Johnson who indicated she did not

1

USA vs. In Hyuk Kim aka Dominic;
District Court Criminal Case No. CR07-00064
Motion to Continue Trial

Case 1:07-cr-00064    Document 22    Filed 10/24/2007    Page 1 of 2

object to a continuance of the trial date. The defense submits that this motion is made to accomplish the ends of justice

Federal Rule of Criminal Procedure, Rule 45(b)(1) provides: "When an act must or may be done within a specified period, the court on its own may extend the time, or for good cause shown may do so on a party's motion made: (A) before the originally prescribed or previously extended time expires; or (B) after the time expires if the party failed to act because of excusable neglect." The Speedy Trial Act, 18 U.S.C. §§ 3161, et seq., provides that the judge may grant a continuance at the request of the defendant or his counsel "on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial."

The trial date is scheduled for October 30, 2007. The pretrial motion cut-off and other pretrial filing deadlines have lapsed but lapsed prior to new counsel's retention and requested entry of appearance. Continuance of the trial and motion cut-off dates will ensure that the ends of justice are served by ensuring that the defendant receives effective assistance of counsel, that counsel is adequately prepared for trial, if this matter proceeds to trial, that procedural and other pretrial matters are properly addressed, and/or that defendant and counsel have a sufficient opportunity to determine strategic issues in this matter.

Dated this 24th day of October, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____
PETER C. PEREZ, ESQ.
*Attorneys for Defendant In Hyuk Kim aka Dominic*

2

USA vs. In Hyuk Kim aka Dominic;
District Court Criminal Case No. CR07-00064
Motion to Continue Trial