

**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

FILED
DISTRICT COURT OF GUAM

OCT 2 4 2007

JEANNE G. QUINATA
Clerk of Court

*Attorneys for Defendant In Hyuk aka Dominic*

# IN THE UNITED STATES DISTRICT COURT

# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>IN HYUK KIM aka DOMINIC,<br><br>    Defendant. | CRIMINAL CASE NO. CR07-00064<br><br>**STIPULATION TO CONTINUE JURY SELECTION AND TRIAL AND BRIEFING SCHEDULE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the jury selection and trial currently scheduled for October 30, 2007, be rescheduled to a date approximately three (3) months thereafter to be selected by the court and the court reset the pretrial motion cut-off dates. The parties make this request on the basis of Defendant's Motion to Continue Trial. The parties further agree that any period of delay resulting from this stipulation shall be excluded under the provisions of the Speedy Trial Act (18 U.S.C Section 3161 (h)(8)(A)), as the ends of justice will be served by the requested continuance.

///

USA vs. In Hyuk Kim aka Dominic;
District Court Criminal Case No. CR07-00064
Stipulation to Continue Jury Selection and Trial and Briefing

1

ORIGINAL

Case 1:07-cr-00064    Document 23    Filed 10/24/2007    Page 1 of 2

IT IS SO STIPULATED this 24th day of October, 2007.

LEONARD M. RAPADAS
UNITED STATES ATTORNEY
DISTRICT OF GUAM AND NMI

**LUJAN AGUIGUI & PEREZ** LLP

_____
**PETER C. PEREZ, ESQ.**
*Attorneys for Defendant In Hyuk Kin*
*aka Dominic*

_____
**KARON V. JOHNSON, ESQ.**
Assistant U.S. Attorney General

USA vs. In Hyuk Kim aka Dominic;
District Court Criminal Case No. CR07-00064
Stipulation to Continue Jury Selection and Trial and Briefing