**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Suite 300, DNA Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant In Hyuk Kim aka Dominic Kim*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00064 |
| vs. | **ORDER RE SUBSTITUTION OF COUNSEL** |
| IN HYUK KIM also known as DOMINIC KIM, | |
| Defendants. | |

IT IS HEREBY ORDERED that Defendant, IN HYUK KIM also known as DOMINIC KIM, substitutes the Law Office of LUJAN AGUIGUI & PEREZ LLP as Attorney of Record in place of the FEDERAL PUBLIC DEFENDER.

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Oct 26, 2007**

Page 1 of 1

USA vs. In Hyuk Kim aka Dominic Kim
Criminal Case No. 07-00064
SUBSTITUTION OF COUNSEL

Case 1:07-cr-00064    Document 24    Filed 10/26/2007    Page 1 of 1