**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant In Hyuk Kim*

**FILED**
DISTRICT COURT OF GUAM

DEC 2 1 2007

**JEANNE G. QUINATA**
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MI KYUNG BOSLEY, aka Mi Kyung Park, and IN HYUK KIM, aka Dominic,<br><br>Defendants. | CRIMINAL CASE NO. CR07-00064<br><br>**DEFENDANT IN HYUK KIM'S MOTION TO DISMISS INDICTMENT FOR FAILURE TO STATE AN OFFENSE** |

The Defendant IN HYUK KIM ("Kim") and a co-defendant, MI KYUNG BOSLEY ("Bosley") were indicted in the instant case with the offense conspiracy to commit alien smuggling. The defense understands that the government does not assert that either of the defendants actually committed alien smuggling. However, actual alien smuggling is an essential element of the offense.

The statutes cited in the indictment are as follows:

1. 18 U.S.C. 2 which provides:

> (a) Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal.
>
> (b) Whoever willfully causes an act to be done which if directly performed by him or another would be an offense against the United States, is punishable as a principal.

The essential elements of conspiracy are as follows:

> A person need not actually commit a crime himself in order for the jury to find him guilty. A person who helps another commit a crime is just as guilty as the one who actually commits it.
>
> The person who actually commits the crime is called the principal. Those who are guilty because they helped (him/her) commit it are called aiders and abettors.

(Ninth Circuit Manual of Model Criminal Jury Instructions, 2003).

In the instant case no offense was actually committed, specifically including but not limited to alien smuggling. The indictment fails to state an offense because the essential elements of conspiracy are not met: no actual crime was committed.

2. 18 U.S.C. 371 which provides:

> If two or more persons conspire either to commit any offense against the United States, or to defraud the United States, or any agency thereof in any manner or for any purpose, and one or more of such persons do any act to effect the object of the conspiracy, each shall be fined under this title or imprisoned not more than five years, or both.
>
> If, however, the offense, the commission of which is the object of the conspiracy is a misdemeanor only, the punishment for such conspiracy shall not exceed the maximum punishment provided for such misdemeanor.

3. 8 U.S.C. 1324(a)(1)(A)(iii), which provides:

> Any person—who knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, conceals, harbors, or shields from detection, or attempts to conceal, harbor, or shield from detection, such alien in any place, including any building or any means of transportation…shall be punished as provided in subparagraph (B).

In order to establish alien smuggling under 8 U.S.C. 1324(a)(1)(A)(iii) the government must prove each of the following elements beyond a reasonable doubt:

First, [alien] was an alien;

2

USA vs. Mi Kyung Bosley, aka Mi Kyung Park and In Hyuk Kim aka Dominic;
Criminal Case No. CR07-00064
**Defendant In Hyuk Kim's Motion to Dismiss Indictment
On Failure to State an Offense**

Case 1:07-cr-00064    Document 28    Filed 12/21/2007    Page 2 of 3

Second, [alien] was not lawfully in the United States;

Third, the defendant [knew][was in reckless disregard of the fact] that [alien] was not lawfully in the United States;

Fourth, the defendant concealed [alien] for the purpose of avoiding [alien]'s detection by immigration authorities.

> An alien is a person who is not [a natural-born or naturalized citizen][national] of the United States. An alien is not lawfully in this country if [the person was not duly admitted by an Immigration Officer][the person[e.g., entered the United States for the purpose of performing labor]].

(Ninth Circuit Manual of Model Criminal Jury Instructions, 2003)

In the instant indictment, the government has failed to allege, and could not prove, that the defendant(s) concealed an alien for the purpose of avoiding the alien's detection by immigration authorities. Consequently, the indictment fails to comply with Federal Rule of Criminal Procedure 7(c)(1) which provides:

> The indictment or information must be a plain, concise, and definite written statement of the essential facts constituting the offense charged and must be signed by an attorney for the government...

Defendant therefore moves to dismiss the indictment because the government has failed to state an offense.

Dated this 20th day of December, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____
PETER C. PEREZ, ESQ.
*Attorneys for Defendant In Hyuk Kim*

K-0021/878-00/0878/PCP/dmg

---

3

USA vs. Mi Kyung Bosley, aka Mi Kyung Park and In Hyuk Kim aka Dominic;
Criminal Case No. CR07-00064
**Defendant In Hyuk Kim's Motion to Dismiss Indictment for Failure to State an Offense**