LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant In Hyuk Kim aka Dominic*


FILED
DISTRICT COURT OF GUAM

DEC 2 7 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR07-00064 |
|---|---|
| vs. | **STIPULATION TO ENLARGE TIME FOR BRIEFING SCHEDULE** |
| IN HYUK KIM aka DOMINIC, | |
| Defendant. | |

The undersigned stipulate to enlarging time to file the opposition and reply briefs in this matter for seven (7) days as follows:

1. Opposition briefs currently due on December 28, 2007 to be due on January 4, 2008; and,

2. Reply briefs currently due on January 4, 2008 to be due on January 11, 2008.

This stipulation is based on the Justification filed contemporaneously herewith.

IT IS SO STIPULATED this 27th day of December, 2007.

**LUJAN AGUIGUI & PEREZ** LLP

_____ for
PETER C. PEREZ, ESQ.
*Attorneys for Defendant In Hyuk Kim aka Dominic*

K-0021/878-00/0878/PCP/dmg

**LEONARD M. RAPADAS
UNITED STATES ATTORNEY
DISTRICT OF GUAM AND NMI**

_____
KARON V. JOHNSON, ESQ.
Assistant U.S. Attorney General