| | |
|---|---|
| LUJAN AGUIGUI & PEREZ LLP<br>Attorneys at Law<br>DNA Building, Suite 300<br>238 Archbishop Flores Street<br>Hagåtña, Guam 96910<br>Telephone (671) 477-8064/5<br>Facsimile (671) 477-5297 | **FILED**<br>DISTRICT COURT OF GUAM<br><br>DEC 2 7 2007<br><br>JEANNE G. QUINATA<br>Clerk of Court |

*Attorneys for Defendant In Hyuk Kim aka Dominic*

# IN THE UNITED STATES DISTRICT COURT
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>IN HYUK KIM aka DOMINIC,<br><br>Defendant. | CRIMINAL CASE NO. CR07-00064<br><br>**JUSTIFICATION FOR STIPULATION TO ENLARGE TIME FOR BRIEFING SCHEDULE** |

1. The Defendant filed the following motions on December 21, 2007:

   a. Defendant In Hyuk Kim's Motion to Suppress;

   b. Motion to Suppress Statement for Miranda Violations;

   c. Defendant In Hyuk Kim's In Limine Motion to Exclude 404(b) Evident; and,

   d. Defendant In Hyuk Kim's Motion to Dismiss Indictment for Failure to State and Offense

2. The opposition briefs to said motions are currently due on December 28, 2007 and the reply briefs are currently due on January 4, 2008.

3. Counsel for the Defendant is on vacation until January 8, 2007 and respectfully requests an enlargement of time for the filing of opposition briefs and reply briefs for an additional seven (7) days respectively.

4. The motion hearing date and other dates scheduled dates should not be impacted by the enlargement of time if granted because the motion hearing date is on January 15, 2008.

5. This motion is made in the interests of justice to enable Defense counsel to file reply briefs prior to the motion hearing date.

Dated this 27th day of December, 2007.

**LUJAN AGUIGUI & PEREZ** LLP

_____
**PETER C. PEREZ, ESQ.**
*Attorneys for Defendant In Hyuk Kim aka Dominic*

K-0021/878-00/0878/PCP/dmg

2

*USA vs. Mi Kyung Bosley, aka Mi Kyung Park, and In Hyuk Kim, aka Dominic*
Criminal Case No. CR07-00064
Justification for Stipulation to Enlarge Time for Briefing Schedule

Case 1:07-cr-00064 Document 33 Filed 12/27/2007 Page 2 of 2