# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

**UNITED STATES OF AMERICA**

V.

**IN HYUK KIM aka DOMINIC**

## NOTICE

CASE NUMBER:    **CR-07-00064-002**

TYPE OF CASE:

☐ CIVIL      **X CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

**PRETRIAL CONFERENCE and HEARING ON ALL MOTIONS**

**X** **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| Place<br>District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>January 15, 2008 at 9:30 a.m. | CONTINUED TO DATE AND TIME<br><br>February 5, 2008 at 10:00 a.m. |
|---|---|---|

JEANNE G. QUINATA
CLERK OF COURT

January 11, 2008
DATE

Carmen B. Santos
(BY) DEPUTY CLERK

TO:    U.S. Attorney's Office
          Lujan, Aguigui and Perez LLP
          U.S. Probation Office
          U.S. Marshal Service