# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR07-00064 |
|---|---|
| vs. | **ORDER RE: VACATING CURRENT TRIAL DATE** |
| IN HYUK KIM aka DOMINIC, | |
| Defendant. | |

Due to the pending Motions before the court, the Trial currently set for January 23, 2007, is hereby vacated until the disposition of such Motions.

SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
  **Chief Judge**
**Dated: Jan 11, 2008**