## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF GUAM

JAN 17 2008

JEANNE G. QUINATA
**Clerk of Court**

UNITED STATES OF AMERICA

V.

IN HYUK KIM aka DOMINIC

SUBPOENA IN A
CRIMINAL CASE

Case Number: 07-00064

TO: Special Agent John Buenas
Immigrations & Customs Enforcement

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>520 West Soledad Ave.<br>Hagatna, Guam | Fourth Floor |
| | DATE AND TIME<br>February 5, 2008<br>10:00 a.m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| JEANNE G. QUINATA<br>(By) Deputy Clerk<br>*/s/ Francis G.* | 16 January, 2008 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Karon V. Johnson, Assistant U.S. Attorney
Districts of Guam & NMI
Sirena Plaza, Suite 500, 108 Hernan Cortez Ave., Hagatna, Guam (671) 472-7332

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| | | | |
|---|---|---|---|
| | \multicolumn{3}{c|}{PROOF OF SERVICE} |

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 1/16/08 | USAO GUAM, 108 HERNAN CORTEZ, HAGATNA |
| SERVED | 1/17/08 | USAO GUAM, 108 HERNAN CORTEZ, HAGATNA |

SERVED ON (PRINT NAME): JOHN DUENAS

FEES AND MILEAGE TENDERED TO WITNESS: YES / (NO) AMOUNT $ _____

SERVED BY (PRINT NAME): GREGORY E. HELM

TITLE: LITIGATION SUPPORT SPECIALIST

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 1/17/08
DATE

SIGNATURE OF SERVER

108 HERNAN CORTEZ AVE.
HAGATNA, GU 96910
ADDRESS OF SERVER

ADDITIONAL INFORMATION