# UNITED STATES DISTRICT COURT

DISTRICT OF __GUAM__

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **NOTICE** |
| V. | |
| **IN HYUK KIM aka DOMINIC** | CASE NUMBER: **CR-07-00064-002** |

TYPE OF CASE:

☐ **CIVIL**  X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | |
| | DATE AND TIME |

TYPE OF PROCEEDING

**PRETRIAL CONFERENCE and HEARING ON ALL MOTIONS**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Hon. Frances M. Tydingco-Gatewood | February 5, 2008 at 10:00 A.M. | March 10, 2008 at 9:30 A.M. |

|  | JEANNE G. QUINATA, CLERK OF COURT |
|---|---|
|  | U.S. MAGISTRATE JUDGE OR CLERK OF COURT |
| February 5, 2008 | Virginia T. Kilgore |
| DATE | /s/ (BY) DEPUTY CLERK |

TO:  U.S. Attorney's Office
Lujan, Aguigui and Perez LLP
U.S. Probation Office
U.S. Marshals Service