## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**IN HYUK KIM aka DOMINIC,**<br><br>Defendant. | CRIMINAL CASE NO. 07-00064-002<br><br>**MINUTES** |

CHAMBER CONFERENCE
February 5, 2008 (9:22 a.m.)

Notes: Appearing on behalf of Plaintiff was Assistant U.S. Attorney Karon V. Johnson. Appearing on behalf of Defendant was Attorney Peter C. Perez. Also present were Agents John Duenas and Richard Flores of U.S. Immigration and Customs Enforcement.

The Court apologized to parties regarding the staff's rescheduling of the motion hearings and pretrial conference on such short notice. Because of the costs of video conference and the judge's desire to assess the credibility of witnesses in person, the court, without objection from counsel and witness, rescheduled the hearing on motions and pretrial conference to Monday, February 11, 2008 at 9:30 a.m.

The conference concluded at 9:27 a.m.

Dated: February 5, 2008

                                                Prepared by: Virginia T. Kilgore
                                                            Deputy Clerk