# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-07-00064-002            DATE: February 11, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Sara Weber | Court Recorder: Virginia T. Kilgore |
| | Carmen B. Santos |
| Courtroom Deputy: Carmen B. Santos | Electronically Recorded: 9:48:53 - 10:34:52 |
| Virginia T. Kilgore | 10:52:10 - 11:59:35 |
| | 1:27:13 - 2:27:40 |
| | 2:52:35 - 3:25:14 |
| CSO: J. Lizama / N. Edrosa | |

**APPEARANCES:**

Defendant: In Hyuk Kim aka Dominic Kim     Attorney: Peter C. Perez
☑ Present ☐ Custody ☑ Bond ☐ P.R.     ☐ Present ☒ Retained ☐ FPD ☐ CJA

U.S. Attorney: Karon Johnson     U.S. Agent: Richard Flores, Immigration & Border Protection
U.S. Probation: None Present     U.S. Marshal: V. Roman
Interpreter:     Language:

**PROCEEDINGS: Motion to Dismiss**
**Motion to Supress Statement for Miranda Violations**
**Motion to Suppress Statement by co-defendant**
**Motion in Limine**
**Pretrial Conference**

- Witnesses sworn and examined; Exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Proceedings continued to: February 14, 2008 at 9:00 A.M.

NOTES:

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

**United States of America**

**V.**

**In Hyuk Kim aka Dominic Kim**

# EXHIBIT AND WITNESS LIST

Case Number: **CR-07-00064-002**

| PRESIDING JUDGE<br>**Judge Frances M. Tydingco-Gatewood** | PLAINTIFF'S ATTORNEY<br>**Karon Johnson** | DEFENDANT'S ATTORNEY<br>**Peter C. Perez** |
|---|---|---|
| HEARING DATE (S)<br>February 11, 2008 | COURT RECORDER<br>Virginia T. Kilgore / Carmen B. Santos | COURTROOM DEPUTY<br>Carmen B. Santos / Virginia T. Kilgore |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **John Duenas, called and sworn** |
| | | | | | | **9:50:05 DX by Ms. Johnson** |
| | 1 | | 2/11/08 | 2/11/08 | 2/11/08 | Call to Bosley # 1(dated 1/02/2006) - Objection / Overruled |
| | 2 | | 2/11/08 | 2/11/08 | 2/1108 | Call to Bosley (dated 11/06/2006) - Objection / Overruled |
| | 3 | | 2/11/08 | 2/11/08 | 2/11/08 | Meeting at King #3 (Bosley) (dated 11/06/2006) - Objection / Overruled |
| | 4 | | 2/11/08 | 2/11/08 | 2/11/08 | Meeting at King's with Bosley # 6 (dated 11/18/2006 )- Objection / Overruled |
| | 5 | | 2/11/08 | 2/11/08 | 2/11/08 | Undercover Meeting between HN3960 and In Hyuck Kim also known as Dominic at the Harmon King's Restaurang (dated 1/16/07 )- Objection / Overruled |
| | 6 | | 2/11/08 | 2/11/08 | 2/11/08 | Call to Bosley by HN3960 (dated 2/07/07) - Objection / Overruled |
| | 7 | | 2/11/08 | 2/11/08 | 2/11/08 | Call to Dominic by HN3960 (dated 2/07/07) - Objection / Overruled |
| | 8 | | 2/11/08 | 2/11/08 | 2/11/08 | Statement of Rights |
| | 10 | | 2/11/08 | 2/11/08 | 2/11/08 | Report of No. 005 |
| | 9 | | 2/11/08 | 2/11/08 | 2/11/08 | Affidavit signed by In Hyuk Kim on 7/31/2007 |
| | | | | | | **10:52:23 CX by Mr. Perez** |
| | | A | | 2/11/08 | | 4/20/07 Investigation Report re Ms. An (to establish time line) |
| | | 3 | | | | Meeting at King #3 (Bosley) (dated 11/06/2006) - Objection / Overruled |
| | | 5 | | 2/11/08 | 2/11/08 | Undercover Meeting between HN3960 and In Hyuck Kim also known as Dominic at the Harmon King's Restaurang (dated 1/16/07 )- Objection / Overruled |
| | | | | | | *1:27:13 Court resumes session* |
| | | | | | | **1:27:36 Continued CX of Agent John Duenas by Mr. Perez** |
| | | 5 | | 2/11/08 | 2/11/08 | Undercover Meeting between HN3960 and In Hyuck Kim also known as Dominic at the Harmon King's Restaurang (dated 1/16/07 ) Objection by Ms. Johnson to question regarding website on page 2 of exhibit 5 - Sustained. |
| | | B | | 2/11/08 | | Declaration of In Hyuk Kim aka Dominic |

Page -1-

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 8 | A | | | 2/11/08 | Statement of Rights |
| | 9 | | | 2/11/08 | 2/11/08 | Affidavit signed by In Hyuk Kim on 7/31/2007 |
| | | B | | 2/11/08 | | Declaration of In Hyjuk Kim aka Dominic |
| | | A | | 2/11/08 | | Statement of Rights |
| | | | | | | 2:09:14 End CX |
| | | | | | | **2:09:23 Re-DX by Ms. Johnson** |
| | | | | | | 2:11:04 End of Re-DX |
| | | | | | | **2:11:12 Re-CX by Mr. Perez** |
| | | | | | | 2:14:15 End Re-CX |
| | | | | | | Witness examined by Court |
| | 9 | | | 2/11/08 | | Affidavit signed by In Hyuk Kim on 7/31/2007 |
| | 5 | | | 2/11/08 | | Undercover Meeting between HN3960 and In Hyuck Kim also known as Dominic at the Harmon King's Restaurang (dated 1/16/07 ) |
| | | | | | | 2:27:36 Witness Excused |
| | | | | | | *2:52:35 Court resumes session* |
| | | | | | | **Agent Richard Flores, called and sworn** |
| | | | | | | **2:53:00 DX by Ms. Johnson** |
| | | | | | | 2:56:36 End DX |
| | | | | | | **2:57:07 CX by Mr. Perez** |
| | | B | | 2/11/08 | | Declaration of In Hyuk Kim aka Dominic |
| | | | | | | 3:17:02 End CX |
| | | | | | | **3:17:08 Re-DX by Ms. Johnson** |
| | | | | | | 3:17:45 End Re-DX |
| | | | | | | Witness examined by Court |
| | | | | | | **3:19:02 Re-CX by Mr. Perez** |
| | | | | | | 3:20:46 Witness Excused |
| | | | | | | 3:25:14 Court adjourns |

PRESIDING JUDGE  **Judge Frances M. Tydingco-Gatewood**  
PLAINTIFF'S ATTORNEY  **Karon Johnson**  
DEFENDANT'S ATTORNEY  **Peter C. Perez**  
HEARING DATE (S)  February 11, 2008  
COURT RECORDER  Virginia T. Kilgore / Carmen B. Santos  
COURTROOM DEPUTY  Carmen B. Santos / Virginia T. Kilgore