IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
GENERAL

CASE NO.: CR-07-00064-002　　　　　　　　　　DATE: February 14, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber　　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 9:06:58 - 9:56:14
　　　　　　　　　Carmen B. Santos　　　　　　　　　　　　　　　10:18:34 - 11:48:58
CSO: D. Quinata / J. Lizama

**APPEARANCES:**
Defendant: In Hyuk Kim　　　　　　　　Attorney: Peter C. Perez
☑Present ☐Custody ☑Bond ☐P.R.　　☑Present ☑Retained ☐FPD ☐CJA
U.S. Attorney: Karon Johnson　U.S. Agent: Richard Flores, Immigration and Customs Enforcement
U.S. Probation: None Present　U.S. Marshal: None Present
Interpreter:　　　　　　　　Language:

**PROCEEDINGS: Continued Motion to Suppress for Miranda Violations**
　　　　　　　　**Continued Motion to Dismiss**
　　　　　　　　**Continued Motion in Limine**
　　　　　　　　**Continued Motion to Suppress Statement by Co-Defendant**
- Motion to Suppress for Miranda Violations <u>under advisement</u>.
- Motion in Limine <u>under advisement</u>.
- Motion to Suppress Statement by Co-Defendant <u>under advisement</u>.
- Motion to Dismiss continued to: <u>February 19, 2008 at 9:00 AM</u>

NOTES: