| AO 435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY DUE DATE: |
|---|---|---|
| | **TRANSCRIPT ORDER** | |

*Read Instructions on Back.*

| 1. NAME<br>Peter C. Perez, Esq. | 2. PHONE NUMBER<br>(671) 477-8064/5 | 3. DATE<br>2/14/2008 | |
|---|---|---|---|
| 4. MAILING ADDRESS DNA Bldg., Ste.300<br>238 Archbishop Flores St. | 5. CITY<br>Hagatna | 6. STATE<br>GU | 7. ZIP CODE<br>96910 |
| 8. CASE NUMBER<br>CR07-00064-002 | 9. JUDICIAL OFFICIAL | DATES OF PROCEEDINGS | |
| | | 10. FROM 2/11/2008 | 11. TO 2/11/2008 |
| 12. CASE NAME<br>U.S.A. v. In Hyuk Kim aka Dominic Kim | | LOCATION OF PROCEEDINGS | |
| | 13. CITY Hagatna | 14. STATE GU | |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [XX] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Mtn to Dimiss; Mtn to Supress Statement for Miranda Violations, Mtn to Supress Statement by co-defendant; and Mtn in Limine

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [XX] TESTIMONY (Specify Witness)<br>John Duenas<br>Agent Richard Flores | 2/11/2008<br>2/11/2008 |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [XX] OTHER (Specify)<br>see 16. | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [X] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

**FILED**
**DISTRICT COURT OF GUAM**
FEB 15 2008
JEANNE G. QUINATA
Clerk of Court

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| 18. SIGNATURE /s/ Peter Perez | ESTIMATE TOTAL | |
|---|---|---|
| | PROCESSED BY | |
| 19. DATE 2/15/2008 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| ORDER RECEIVED | DATE 2/15/08 BY wm | | |
|---|---|---|---|
| DEPOSIT PAID | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE | |

Case 1:07-cr-00064   Document 46   Filed 02/15/2008   Page 1 of 1

(Previous editions of this form may still be used)   ORIGINAL - COURT COPY   YELLOW - TRANSCRIPTION COPY   GREEN - ORDER RECEIPT   PINK - ORDER COPY