# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
## **AMENDED**

CASE NO.: CR-07-00064-002　　　　　　　　　　DATE: February 14, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Sara Weber　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 9:06:58 - 9:56:14
　　　　　　　　　　Carmen B. Santos　　　　　　　　　　　　　　　10:18:34 - 11:48:58
CSO: D. Quinata / J. Lizama

**APPEARANCES:**

Defendant: In Hyuk Kim　　　　　　　　　Attorney: Peter C. Perez
☑ Present ☐ Custody ☑ Bond ☐ P.R.　　☑ Present ☑ Retained ☐ FPD ☐ CJA

U.S. Attorney: Karon Johnson　　U.S. Agent: Richard Flores, Immigration and Customs Enforcement
U.S. Probation: None Present　　U.S. Marshal: None Present
Interpreter:　　　　　　　　Language:

**PROCEEDINGS: Continued Motion to Suppress for Miranda Violations**
　　　　　　　　**Continued Motion to Dismiss**
　　　　　　　　**Continued Motion in Limine**
　　　　　　　　**Continued Motion to Suppress Statement by Co-Defendant**

- Motion to Suppress for Miranda Violations under advisement.
- Motion in Limine under advisement.
- Motion to Suppress Statement by Co-Defendant under advisement.
- Motion to Dismiss continued to: February 19, 2008 at 9:00 A.M.

NOTES: **Parties stipulated and submitted Exhibit 11, a redacted version of Exhibit 9.
　　　　Mr. Perez argued for redaction of certain portions of Exhibit 10.

# AFFIDAVIT

STATE OF: _____ )

COUNTY OF: _____ )

I, In Hyuk Dominic Kim

Who after being duly sworn states the following:

I first started sending I-94 that was given to me by Suh/Wonbae. This happened back in 2003. I had recieved from him was $400 and to drink at the club he owned Club Volvo. I do not recall how many I sent out, but it was around 10. Suh/wonbae informed other owner such as Yuji and Aena who owned Big mama. I probably sent arround 4 I-94 per their request and recieved $300 per person. I then met Ms. Noh who was close with Aena of Big Mama. Ms Noh later worked at Yeobo Club where I sent 5 I-94 as she requested and recieved $300 per person. I recieved I-94 from YiJae as request by Ms. Noh. I am thinking I recieved around 4 in early 2006 and 5 additional late 2006. I was told 4 was for the request of Park/KwangHo and was paid $1200 for all 4 people and didn't get the other 400 as promised. My last I-94 I sent was early 2007 or late

The contents of this statement are true and correct to the best of my knowledge and belief.

Subscribed and sworn to before me this 31 day of July, in the year 2007.

_____ Affiant

_____ Special Agent

_____ Witness

GOVERNMENT EXHIBIT 11

Customs Form 4604 (062597)

Case 1:07-cr-00064    Document 47    Filed 02/14/2008    Page 2 of 4

## AFFIDAVIT (continuation)

2006. After the first two or three years of send I-94 illegally, I heard rumors of investigation. I stopped sending I-94 but still recieved money to send the I-94, I just threw the I-94 away and made it seem the I-94 was sent. Because I work at the airport, people will call me to get information about someone being in secondary or If some came to Guam. In no way did I know that someone was coming unless they were not released by CBP and the manager or owners will call me about a certain passenger. In no way did I falsify in the interpretation conducted. I may know or assume their intent was for working but I am there to interpret the best I can. I recieved phone calls from Mr. Choi Byoungkuk asking me about Mr. Kim/Douglas. I asked him how he knew Mr. Douglas Kim and how he is associated with him. All he told me was that someone else was asking. I told him he was held by customs I met Mr. Choi/Byoung Kuk when he came to Guam for his honey moon. I was asked by Mr.Kim/ Yong Sik to drive them around. It was Mr. Yong Sik through Yuji of Big MaMa to drive and guide Mr. Sa Yong Kim when he came to Guam for his Honey Moon. In no way was I connected with drugs being brought in to Guam

The contents of this statement are true and correct to the best of my knowledge and belief.

_____
Affiant

Subscribed and sworn to before me this  31  day of  July , in the year 2007 .

_____
Special Agent

_____
Witness

Page  2  of  3

Customs Form 4604C (062697)

## AFFIDAVIT (continuation)

I had dropp~~ed~~ It Met Mr. Kim/YongSik before he left guam. I had picked him up at M&M spa and went to Yong Sanma Club before I dropped him at the airport. He showed me his green card and also informed me that I wouldn't be able to reach him until he takes care of some business with police. He said he would be arrested as soon as he arrives in Korea. This was the last I heard from him. It was later that I was told that he was involved in smuggling drugs. I only found out through Mr. Kim/Sa Yong because he was asking to find out what had happen to Mr. Kim/DooHwan. Mr. SaYong told me that Mr. DooHwan was involved in smuggling drugs this was a month after the drug smuggling incident. I had to go to the consulate and find out his where abouts. The only money I recieved from Mr. Sa Yong Kim was not for me but to buy books for Mr. Dohwan Kim. I had dropped off books at agana Precint.

The contents of this statement are true and correct to the best of my knowledge and belief.

Subscribed and sworn to before met this __31__ day of __July__, in the year __2007__.

_Affiant_

_Special Agent_

_Witness_

Page __3__ of __3__