# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## GENERAL

CASE NO.: CR-07-00064-002                    DATE: February 19, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber                    Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore    Electronically Recorded: 9:12:42 -
                  Carmen B. Santos                              10:00:00
CSO: J. Lizama

**APPEARANCES:**

Defendant: In Hyuk Kim                    Attorney: Peter C. Perez
☑Present ☐Custody ☑Bond ☐P.R.            ☐Present ☑Retained ☐FPD ☐CJA
U.S. Attorney: Karon Johnson U.S. Agent: Richard Flores, Immigration and Customs Enforcement
U.S. Probation: None Present U.S. Marshal: T. Muna
Interpreter:                    Language:

**PROCEEDINGS: Continued Motion to Dismiss**
- Motion argued; rulings to be given from bench; parties to be notified.
- Defendant released as previously ordered.

NOTES: