**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: CR-07-00064 　　　　　　　　　　DATE: March 18, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter Tenorio　　　Electronically Recorded: 9:16:43 - 9:21:38
CSO: B. Pereda

**APPEARANCES:**
Defendant: In Hyuk Kim aka Dominic　　　Attorney: Peter C. Perez
☑ Present ☐ Custody ☐ Bond ☑ P.R.　　☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Karon Johnson　　　　　U.S. Agent:
U.S. Probation: Christopher Duenas　　U.S. Marshal: D. Punzalan
Interpreter:　　　　　　　　　　　　　Language:

**PROCEEDINGS:** Initial Appearance on a Superseding Indictment and Arraignment
- Defendant sworn and examined.
- Defendant waives reading of the Superseding Indictment.
- Plea entered: Not guilty
- Amended Trial Scheduling Order Signed.
- Trial set for: May 20, 2008 at 9:30 a.m.
- Defendant released on bail as previously ordered by this Court.

NOTES: