AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

**FILED**
**DISTRICT COURT OF GUAM**
**MAR 1 8 2008**

DISTRICT OF GUAM

**JEANNE G. QUINATA**
**Clerk of Court**

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

**IN YUK KIM**
**aka Dominic**

Case Number: CR-07-00064-002

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 302 |
| | Date and Time |
| Before: Honorable Joaquin V. E. Manibusan, Jr. | Tuesday, March 18, 2008 at 9:15 a.m. |

To answer a(n)

| X | Superseding Indictment | ☐ Information | ☐ Complaint | ☐ Probation Violation Petition | | Supervised Release Violation Petition | ☐ Violation Notice |

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**Conspiracy to Commit Alien Smuggling, 18 U.S.C. §§ 2 and 371, Count 1**

**Alien Smuggling, 8 U.S.C. §§ 1324(a)(1)(A)(iii) and (a)(1)(B)(i), Counts 2, 3 and 4)**

ORIGINAL

**MARILYN B. ALCON; Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**Deputy Clerk**
Date

| RETURN OF SERVICE | |
|---|---|
| Service was made by me on:[1] | Date 3/17/08 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:
Pizza Hut, Taunion?

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 3/18/08
        Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.