# UNITED STATES DISTRICT COURT

_____ DISTRICT _____ GUAM

**UNITED STATES OF AMERICA**

V.

**IN HYUK KIM aka DOMINIC**

**NOTICE**

CASE NUMBER: CR-07-00064-002

**TYPE OF CASE:**

☐ CIVIL    X CRIMINAL

X **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U.S. Courthouse | 4th Floor Courtroom |
| 520 West Soledad Avenue | DATE AND TIME |
| Hagatna, Guam 96910 | |
| Honorable Frances Tydingco-Gatewood | March 27, 2008 at 9:30 A.M. |

TYPE OF PROCEEDING

**Hearing re Motion to Dismiss; Motion to Suppress Statement for Miranda Violations; Motion to Suppress Statement by co-defendant; Motion in Limine to Exclude 404(b) Evidence**

☐ **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
|  |  |  |

**JEANNE G. QUINATA, CLERK OF COURT**
**U.S. MAGISTRATE JUDGE OR CLERK OF**

| **March 21, 2008** | **Virginia T. Kilgore** |
|---|---|
| DATE | /s/ (BY) DEPUTY CLERK |

**TO:** **U.S. Attorney's Office**
**Lujan, Aguigui and Perez LLP**
**U.S. Probation Office**
**U.S. Marshals Service**