# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-07-00064-002                      DATE: March 27, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber                          Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos             Electronically Recorded: 9:40:53 - 10:01:30
                Virginia T. Kilgore
CSO: D. Quinata

**APPEARANCES:**

Defendant: In Hyuk Kim                         Attorney: Peter C. Perez
☑Present ☐Custody ☐Bond ☑P.R.                  ☑Present ☑Retained ☐FPD ☐CJA

U.S. Attorney: Frederick A. Black    U.S. Agent: Richard Flores, Immigration and Customs Enforcement
U.S. Probation: None Present         U.S. Marshal: None Present

**PROCEEDINGS: Ruling on Motions**
- (1) Motion to Dismiss - <u>denied</u>
  (2) Motion to Suppress Statement for Miranda Violations - <u>denied</u>
  (3) Motion in Limine to Exclude 404(b) Evidence - <u>denied</u>
  (4) Motion to Suppress Statement by Co-Defendant - <u>denied</u>.
- Additional discovery due by <u>April 3, 2008</u>. Amended Trial Scheduling Order to be issued today.
- Defendant released as previously ordered.

NOTES:

Case 1:07-cr-00064    Document 59    Filed 03/27/2008    Page 1 of 1