## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     vs.<br><br>**IN HYUK KIM,**<br><br>               Defendant. | CRIMINAL CASE NO. 07-00064<br><br>**SECOND AMENDED<br>TRIAL SCHEDULING ORDER**[1] |

IT IS HEREBY ORDERED THAT:

- **All Pretrial Motions**, including but not limited to discovery, *in limine*, suppression, and dismissal motions, shall be filed no later than . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **April 11, 2008 at 3:00 p.m.**

  ▸ **Opposition to all Motions** shall be filed no later than . . . **April 16, 2008 at 3:00 p.m.**

  ▸ **Replies to Opposition** shall be filed by no later than . . . . **April 22, 2008 at 3:00 p.m.**

  **No late motions shall be filed without court approval. Failure to timely file an opposition to a motion may be deemed by the Court as consent to the granting of such motion.**

- The following must be filed or lodged with the court by . . . . **April 22, 2008 at 3:00 p.m.**

  ▸ **An original and one copy of the witness list.** Witness lists must include legal names, aliases, nicknames, village/city of residence, and place of employment.
  ▸ **Proposed *Voir Dire* Questions, Proposed Jury Instructions with source noted, and Proposed Verdict Forms.**
  ▸ **An original and three copies of the exhibit list.** Government's exhibits shall be numbered and Defendant's exhibits shall be lettered.
  ▸ **Three complete sets of marked and tabbed exhibits in three-ring binders, with each binder containing a filed copy of the exhibit list.** The exhibits shall include those items which may be introduced for identification into evidence but not necessarily proffered for admission, i.e., police/investigative reports or witness statements. The parties shall <u>meet and confer</u> sufficiently in advance of trial and formulate a set of <u>joint exhibits</u>. Those exhibits upon which agreement cannot be reached shall be submitted separately by each respective party.

- **Pretrial conference and Hearing on all Motions** shall be held on . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **April 29, 2008 at 9:30 a.m.**

- **Jury Selection and Trial** shall be held on . . . . . . . . . . . . . . **May 6, 2008 at 9:30 a.m.**

Date: March 28, 2008



/s/ Frances M. Tydingco-Gatewood
         Chief Judge
**Dated: Mar 28, 2008**

---

[1]The Second Amended Trial Scheduling Order has been modified from the date given orally at the Hearing on March 27, 2008, to comply with the most recent calculations of the Speedy Trial Clock.