IHKim.wit

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America



**FILED**
DISTRICT COURT OF GUAM

APR 10 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00064 |
| Plaintiff, | |
| vs. | **UNITED STATES' WITNESS LIST** |
| IN HYUK KIM, | |
| Defendant. | |

COMES NOW the United States and hereby files with the Court a list of proposed witnesses for purposes of voir dire.

Respectfully submitted this 10th day of April, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

## WITNESS LIST

1) Iju Kim Michigami
   Northwest Airlines/
   Korean interpreter

2) Youn Kyung OH
   Korean citizen

3) He Jeong JANG
   Dededo

4) Yeju An JANZEN
   Dededo

5) Richard N. Flores
   Special Agent, ICE
   Guam

6) John Duenas
   Special Agent, ICE
   Honolulu

7) Kwang Ho (Mike) Park
   Honolulu

8) Bryan Galarpe
   Guam Customs Officer

9) Joe Gange
   Guam Customs Officer

10) Erwin Fejeran
    Special Agent, ICE

11) Mike Hernandez
    Special Agent, ICE

- i -