

IHKim.exh

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

APR 10 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00064 |
|---|---|
| Plaintiff, | ) |
| vs. | ) UNITED STATES' EXHIBIT LIST |
| IN HYUK KIM, | ) |
| Defendant. | ) |

COMES NOW the United States and hereby files with the court copies of the exhibits exhibits which it intends to introduce in its case in chief.

Respectfully submitted this 10th day of April, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *(signature)*
KARON V. JOHNSON
Assistant U.S. Attorney

## UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 1) | I-94 sample forms for Korean Tourist Visa Waiver Program | | |
| 2) | Transcript of 11/2/06, 3:16 p.m. phone conversation, Bosley/Park | | |
| 3) | Transcript of 11/2/06, 3:26 p.m. phone conversation, Bosley/Park | | |
| 4) | Transcript of 11/6/06. 1:16 p.m. phone conversation, Bosley/Park | | |
| 5) | Transcript of King's Restaurant meeting 11/6/06, Bosley/Park | | |
| 6) | Audio/video of 1/16/06 meeting | | |
| 7) | Copy of biopage of passport of Su Jeong CHOI | | |
| 8) | Copy of I-94 departure form for Su Jeong Choi | | |
| 9) | Copy of biopage of Ji Young AN | | |
| 10) | Copy of I-94 departure form for Ji Young An | | |
| 11) | Copy of biopage of Jang Mi BYEON | | |
| 12) | Copy of I-94 departure form for Jang Mi Byeon | | |
| 13) | Copy of $1,400 in bills for 11/6/06 meeting | | |
| 14) | Diagram of Mai'ana Hotel parking lot | | |
| 15) | Copy of $800 in bills for 11/18/06 meeting | | |
| 16) | Copy of biopage of Mi Sun IM | | |
| 17) | I-94 for Mi Sun IM provided Bosley 11/18/06 | | |
| 18) | Transcript of 11/18/06 King's Restaurant meeting, Bosley/Park | | |
| 19a-d) | Photocopies of passport cover pages for 1/16/07 meeting | | |
| 20) | Transcript of 12/29/06 call, Park to Bosley | | |
| 21) | Transcript of 1/13/07 call, Kim to Park | | |
| 22) | Transcript of 1/16/07 King's Restaurant meeting, Kim/Park | | |
| 23) | Audio/video of 1/16/07 meeting, Kim/Park | | |
| 24) | Transcript of phone conversation 2/7/07, 1:44 p.m., Bosley/Park | | |

i

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 25) | Transcript of phone conversation 2/7/07, Kim/Park | | |
| 26) | Advice of rights for Kim after arrested 7/31/07 | | |
| 27) | Redacted written statement of Kim 7/31/07 | | |
| 28) | TECS printout for Hee Jeong JANG | | |
| 29) | TECS printout for Ye Ju AN | | |
| 30) | TECS printout for Youn Kyung OH | | |
| 31) | Passport of Hee Jeong JANG, with staple holes on page 13 | | |
| 32) | Passport of Ye Ju AN, with staple holes on page 11 | | |