
Kim.verd

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

APR 10 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> IN HYUK KIM, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 07-00064 <br><br> **UNITED STATES' PROPOSED VERDICT FORM** |

COMES NOW the United States and provides the proposed Verdict Form for use concerning the charges in the above-entitled case.

Respectfully submitted this 10th day of April, 2008.

                                        LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and NMI

                   By: _____
                            KARON V. JOHNSON
                            Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00064 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | VERDICT FORM |
| IN HYUK KIM, | ) | |
| Defendant. | ) | |

### COUNT I - CONSPIRACY TO COMMIT ALIEN SMUGGLING

We, the Jury, in the above-entitled cause unanimously find the defendant, IN HYUK KIM, violation of Title 18, United States Code, Sections 2 and 371, Conspiracy to Commit Alien Smuggling:

/ /  NOT GUILTY

/ /  GUILTY

### COUNT II - ALIEN SMUGGLING

We, the Jury, in the above-entitled cause unanimously find the defendant, IN HYUK KIM, violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) & (a)(1)(B)(i), Alien Smuggling:

/ /  NOT GUILTY

/ /  GUILTY

### COUNT III - ALIEN SMUGGLING

We, the Jury, in the above-entitled cause unanimously find the defendant, IN HYUK KIM, violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) & (a)(1)(B)(i), Alien Smuggling:

/ /  NOT GUILTY

/ /  GUILTY

**COUNT IV - ALIEN SMUGGLING**

We, the Jury, in the above-entitled cause unanimously find the defendant, IN HYUK KIM, violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) & (a)(1)(B)(i), Alien Smuggling:

/ / NOT GUILTY

/ / GUILTY

DATED this _____ of May, 2008, at Hagatna, Guam.

_____
FOREPERSON