LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant In Hyuk Kim aka Dominic*

**FILED**
DISTRICT COURT OF GUAM
APR 16 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>IN HYUK KIM aka DOMINIC,<br><br>Defendant. | CRIMINAL CASE NO. CR07-00064<br><br>**STIPULATION TO ENLARGE TIME FOR BRIEFING SCHEDULE** |

The undersigned stipulate to enlarging time to file the opening motions, oppositions and reply briefs in this matter for seven (7) days as follows:

1. Opening motions currently due on April 11, 2008 to be due on April 18, 2008;

2. Opposition briefs currently due on April 16, 2008 to be due on April 23, 2008; and,

3. Reply briefs currently due on April 22, 2008 to be due on April 29, 2008.

This stipulation is based on the Justification filed contemporaneously herewith.

IT IS SO STIPULATED this 15th day of April, 2008.

LUJAN AGUIGUI & PEREZ LLP

*/s/*

**PETER C. PEREZ, ESQ.**
*Attorneys for Defendant In Hyuk Kim aka Dominic*

**LEONARD M. RAPADAS**
**UNITED STATES ATTORNEY**
**DISTRICT OF GUAM AND NMI**

*/s/*

**KARON V. JOHNSON, ESQ.**
Assistant U.S. Attorney General

K-0021/878-00/0878/PCP/dmg