1 LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
2 DNA Building, Suite 300
238 Archbishop Flores Street
3 Hagåtña, Guam 96910
Telephone (671) 477-8064/5
4 Facsimile (671) 477-5297

*Attorneys for Defendant In Hyuk Kim aka Dominic*



FILED
DISTRICT COURT OF GUAM
APR 16 2008 ʟᶜ
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>IN HYUK KIM aka DOMINIC,<br>Defendant. | CRIMINAL CASE NO. CR07-00064<br><br>**JUSTIFICATION FOR STIPULATION TO ENLARGE TIME FOR MOTION BRIEFING SCHEDULE** |

1. I am counsel for the defendant in the above-captioned matter.
2. On March 28, 2008, the Court scheduled a motion cut-off date of April 11, 2008. At the time the Court set this date it advised defense counsel that if he needed additional time to file motions to let the Court know.
3. Defense counsel needs additional time to file motions, on the following grounds: (a) Counsel has been working on an Appeal in a murder case in *People of Guam v. Mamerto Mallo,* CRA07-008, which was completed and filed in the Superior Court of Guam on April 14, 2008; (b) Counsel has been in protracted sentencing proceedings in USA vs. LEILANI HOCOG, CR06-00034; and (c) Counsel has received additional discovery from the Government and needs additional time to review it, determine whether or not the filing of motions is appropriate, and to conduct legal research.
4. On April 10, 2008, Defense counsel contacted Assistant United States Attorney Karon Johnson to request her consent to extending the motion cut-off date, which consent was

given. On April 11, 2008, Counsel transmitted a letter to Attorney Johnson in furtherance of the telephonic conference.

5. This request is made in the interests of justice to enable Counsel to review the supplemental discovery, conduct additional legal research (concerning *inter alia* the superseding indictment and the charges contained therein) and file motions, if appropriate.

Dated: April 15, 2008.

Respectfully submitted,
LUJAN AGUIGUI & PEREZ, LLP

/s/ Peter C. Perez

PETER C. PEREZ, ESQ.

K-0021/878-00/0878/PCP/emt