# EXHIBIT C.4

## MEETING AT KINGS WITH BOSLEY#6

| | |
|---|---|
| Officer: | state your name, date and who are you going to meet. |
| HN3960: | My name is Mike Pak. Today's date is November 18, 2006 time is 7:50 pm |
| | Meet with Mee Kyong Pak. |
| Officer: | for what purpose? |
| HN3960: | I-94 |
| Officer: | and what are you going to give her beside I-94? |
| HN3960: | With money. |
| Officer: | How much? |
| HN3960: | Four hundred. |
| Officer: | Eight hundred. |
| HN3960: | Eight hundred. |
| Officer: | four hundred for outbound, four hundred for incoming girl, I mean four hundred for girl who wants to stay, and four hundred for previous girl who wants to leave right? |
| HN3960: | yes. |
| Officer: | remember? What the third thing was last time? Kind of small transmitter in pocket? |
| HN3960: | yes, two transmitter one is the little bit square one. Not that one? Look like that one. |
| Officer: | just carry it like that? |
| HN3960: | yes, just put it in the pocket. |
| Officer: | say one, two, three, four |
| HN3960: | One, two, three, four, five. One, two, three. |
| Officer: | if possible we want to keep the meeting at king's short right? If possible try to intercept her outside and talk to her inside her car |
| HN3960: | her car or? |
| Officer: | either car. Because we don't want to have all the restaurant noise. |
| HN3960: | okay, so I just wait her outside and when she comes I just go with her in side car. |
| Officer: | did you and John talk about you were trying to go with her? Or we are not going to do that? |
| HN3960: | no, same as last night. And after the meeting where I have..... |
| Officer: | after the meeting stay at king's parking lot |
| HN3960: | King's parking lot. |
| Officer: | look for me, I will be driving white blazer. I will show you when we go downstairs. |
| HN3960: | Okay. |
| Officer: | okay, here is money. One, two, three, four, five, six, seven and eight. |
| HN3960: | Eight hundred. |
| Officer: | so, there is eight hundred. We need you to sigh for. You need to sign this, what is the date today? 18th? |
| HN3960: | 18TH, Time is seven fifty five. |

GOVERNMENT EXHIBIT

| | |
|---|---|
| Officer: | sign there. We don't have a lot of people this time so; in the parking lot it is going to be only me and many. And the other guys are going to be waited at Maiana. |
| HN3960: | I will make short meeting. Like a 5. |
| Officer: | she has soothing to talk about that we care about. That is fine. Let it goes as long as it needs to go. There is no reason to stay. And you are going to count it out round. |
| HN3960: | One, two, three. |
| Officer2: | in Korean. |
| HN3960: | Korean may be I put, talk t in English. |
| Officer: | okay, it is about eight pm now so. You got any questions? |
| HN3960: | no, sir. You want me ask her anything? |
| Officer: | um, if you can talk about what does Dominick do to allow to girls to leave. What is he doing at airport? |
| HN3960: | Yeah, I was going to ask her like this, okay. I heard from someone he used to own the club before he did a lot with Dominick for the girl but some girls got caught, she was doing I-94 after that overstay and then she went back to Korea later. And she went to US embassy in Korea to trying to get US visa so everything came out, she was overstay. |
| Officer: | so there are basically two questions, how do you know for fact that Dominick successfully put three others in to the system? |
| HN3960: | okay. |
| Officer: | and how does he input the system for girl now want to go back to Korea. Two areas for questions. |
| HN3960: | And then may be, I just tell her girl, 21st the one is going to leave one, she is going to come back soon, so I will ask her are you sure if everything is okay. We don't want any problem when she comes back, she got caught over there. |
| Officer: | was she trying to call you after Dominick meeting. |
| HN3960: | Umm, no, I am going to tell her call me after meeting. |
| Phone ring | |
| Officer: | is that her? |
| HN3960: | no |
| Officer: | okay I think it will good. What do you driving? Same as before? |
| HN3960: | Same. Corolla. |
| Officer2: | Dark blue corolla. |
| Officer: | if you talk in your car don't have radio on |
| HN3960: | Okay. |
| Officer: | okay, and if you get on her car, you know, you can do it with out getting her upset turning radio on and radio off |
| HN3960: | okay. |
| Getting in elevator. | |
| Parking lot | |
| HN3960: | This one. |
| | Okay. |
| HN3960: | (KO) (answered phone) hello, yes, right, right, yes, okay. Bye. |

| HN3960: | (KO) hello. Are you on your way? Okay. |
|---|---|
| HN3960: | (KO) (Sigh) here, here. |
| | (KO) busy? Were you busy? |
| BOSLEY: | (KO) no. |
| HN3960: | (KO) you are not busy? Aren't you planning to do something? |
| | (KO) By the way, the girl who would like to leave on 21st, she goes to Korea and she will come back with other girls. So tell him make sure they are not going to get in any problem. |
| BOSLEY: | (KO) usually. |
| HN3960: | (KO) they have probably heard form their boss or somebody, anyway you know old VOLVO's Mr., Sho, his name is Sho Won bae who come from Daegu Korea, and used to own VOLVO. |
| BOSLEY: | (KO) I might recognize if I see his face. |
| HN3960: | (KO) you know, he is from Diego, also a friend of Jin Woo and Jun Sung. |
| BOSLEY: | (KO) yeah. |
| HN3960: | (KO) He did this a lot while he had business with VOLVO. Charging five hundred dollars each. |
| BOSLEY: | (KO) yeah. |
| HN3960: | (KO) he said that he had a connection with immigration side worker, but later people found out that it was lie, he just got the money. How they found out this is one of the girl who paid to him, went to US embassy to get a US visa and she found out that she was recorded as overstay. |
| BOSLEY: | (KO) I know one of case, you know when I was at YEBO one of the girl who used to work at YEBO, YEBO's boss did that for this girl but the boss did not do anything when the girl left, even though the boss told the girl she will informed immigration side worker so the girl can come back. Because the boss and this girl did not get along after while so relationship has gotten worse. |
| HN3960: | (KO) so you mean, those girls will get in trouble if they don't informed to him when they leave. |
| BOSLEY: | (KO) and when the girl came back of course this girl got in trouble in immigration. |
| HN3960: | (KO) this supposes to be in and out for both right? |
| BOSLEY: | (KO) that's why he, he said. |
| HN3960: | (KO) who's he? |
| BOSLEY: | (KO) He, I just can't remember his name. |
| HN3960: | (KO) who? You mean In Hyuck. |
| BOSLEY: | (KO) yes, In Hyuck also said he can't guarantee 100 percents if it will successfully work out. |
| HN390: | (KO) what he means, how he can get money if he is not assure100 percent. |
| BOSLEY: | (KO) He always has said he also not sure for 100 percent. |
| HN3960: | (KO) Why? |
| BOSLEY: | (KO) Instead of 100percent, may be 80 to 90 percent. |
| HN3960: | (KO) it's like. I think Mr. Sho also said overstay person could be able to come back if they change their passport. It means may be able to come or |

may be not. But in substance, the I-94's thing technically could be used as swindle, he might not do anything just swindle money from girl. Am I making myself clear? He could say he has a connection with immigration but could be lie.

I have heard what did those bad people do, and these girls also heard that too.

BOSLEY:     (KO) I think he has done it for whoever I asked.
HN3960:     (KO) whoever has done it thru you, did they change their passport?
BOSLEY:     (KO) No, hasn't change.
HN3060:     (KO) you mean they used same passport and were able to come in with out any problem.
BOSLEY:     (KO) Yes.
HN3960:     (KO) it's weird.
BOSLEY:     (KO) you know a friend of mine you have met, she's friend.
HN3960:     (KO) Who.
BOSLEY:     (KO) you know, we had a coffee together.
HN3960:     (KO) ah, that lady. Her friend has done it through In Hyuck and came back.
BOSLEY:     (KO) yes. In Hyuck said he can't be ensure 100 percent but he promises he does, but sometime just their luck.
HN3960:     (KO) does he say whoever can be cough if no luck?
BOSLEY:     (KO) because he can't erase personal date record, he only does remove departure record and it will cause immigration system only has previous arrival record. When those girl come next time, the immigration probably would think that some kind of system errors that has no departure record.
HN3960:     (KO) so he erases departure record.
BOSLEY:     (KO) he probably removes or erases record. Is he?
HN3960:     (KO) Well, I don't know.
BOSLEY:     (KO) well he said he does something that make immigration system will not have departure record.
HN3960:     (KO) so you mean, the immigration won't know when those girl left from Guam.
BOSLEY:     (KO) right. As I heard it works like that.
HN3960:     (KO) so someone work for immigration is involved.
BOSLEY:     (KO) right.
HN3960:     (KO) this girl has to go out and come back with other girls, oh, actually she is not a girl she is old, anyway she will bring us some girls who will work this bar, but if this old lady get in trouble, we can't help anything.

Also these girls, who are staying here, will complain to me, they will blame to me.

Do you have anyone else in your car? I will give the money, in the car. I have heard various rumors regarding this, it makes me confuse.

BOSLEY:     (KO) those girls who do this seems like they think that trying wouldn't hurt.
HN3960:     (KO) trying wouldn't hurt? But it is too big gamble for doing this. Especially those young girls might have chance to go US in the future, but if they overstay they could not.

| | |
|---|---|
| BOSLEY: | (KO) I will ask him again. |
| HN3960: | (KO) tell him he better be sure, if anything goes wrong I will be blamed. This girl is going to leave and that girl will be come in.<br>Here is money, one, two, three, four, five, six, seven, eight hundred dollars, and four hundred dollars for girl who is going to leave and four hundred for incoming girls. |
| BOSLEY: | (KO) I will ask him again. |
| HN3960: | (KO) yes please. Make certain everything. There will be no evidence that I hand to you this money, so you know if anything goes wrong I will be point as a liar and defrauder. I don't want to hear that.<br>Did he, In Hyuck know that I asked you? If he knows me I can complain if anything goes wrong. |
| BOSLEY: | (KO) I told him once that I will introduce both of you, so you two could talk each other. Then he said he is not sure so it's kind of hard to meet you. |
| HN3960: | (KO) Yeah. |
| BOSLEY: | (KO) so I told him I will meet first then... |
| HN3960: | (KO) right, this girl has to come back if not other girls won't trust me and this, you know we will ask him to do this again. If this is not work the rumor spread to Korea it will cause us having hard time supply girls from Korea.<br>Especially this girl who is going to leave, oh well she is not young enough to be called girl; she will bring other girls when she come back next time. That's why it is very important. So could you have him understand importance. |
| BOSLEY: | (KO) Okay. |
| HN3960: | (KO) could you call me after you talk to him. |
| BOSLEY: | (KO) But don't you go the game room? |
| HN3960: | (KO) Who? |
| BOSLEY: | (KO) you, brother. |
| HN3960: | (KO) oh, me, I have an appointment. |
| BOSLEY: | (KO) Okay, I will call you. |
| | |
| Officer: | so everything is good. |
| HN3960: | She went straight to Maiana. |
| Officer: | was she by herself to car? |
| HN3960: | no, same with last time. Same girl. I told her, I make, I heard and those girls from the club some people they did something as this and some girl get a trouble, they told her everything was find but later she went to the US embassy and found out she was overstay so I want to make sure because this girl, who go back to Korea on 21st, she is going to come back with a lot of other girls she is the one is girls connection so if she got something trouble then we got lot of problem. So you better tell Dominick about that and make sure |
| Officer: | did all your conversation take place out side if car? Or inside car. |
| HN3960: | outside and inside together |
| Officer: | did the other girls was... |

| | |
|---|---|
| HN3960: | No, the other girl was sitting down inside her car. Bosley. |
| Officer: | so some conversation is in your car and some are outside, but nothing place the other girl. |
| HN3960: | no, no. |
| Officer: | Did bosley say anything that would make her think the other girl knows what is going on? |
| HN3960: | no, she said she did couple times with Dominick and she did not have any problem, all those girls came back. also the one her friend, the one came with her, her friend did it before and came back. she said everything was fine. |
| Officer: | what time is it now? |
| HN3960: | the time is eight fifty five pm November 18th. |
| | I told her if any, any happen or Dominick just take the money and does not do anything I am going to see him. |
| Officer: | okay. |
| HN3960: | so you got a make sure. |

# EXHIBIT C.5

1/16/07

| | |
|---|---|
| HN3960: | hello, yeah, yeah, okay, okay. |
| Someone: | wait for the recorder, don't forget put it inside. |

| | |
|---|---|
| HN3960: | for two. |
| Waiter: | May I get your order? |
| HN3960: | can I get a coffee. |
| | Hello, yeah, hello, yes, oh, okay, okay, no, not yet. Okay. (Hang up the phone) |
| | Can you volume down little bit? Yeah, |
| HN3960: | no, they already turn down already. Can't you still hear? Hello, hello, Yeah. a lot of speakers. Plenty speakers, all over, they turn down the speakers. Okay. |
| HN3960: | Thank you. |
| Waiter: | are you waiting for someone? |
| HN3960: | yeah, I am waiting for one more. |
| HN3960: | (KO) (Answer phone) hello, yes, I am having meeting with someone. I will give you call when I am done. Okay. Bye. |
| HN3960: | (KO) (Answer phone) hello, yes, okay, I got it. Okay, bye. |
| | (KO)(Answer phone) Yeah, I am inside, inside of kings. Okay. |
| | Are you doing okay? Busy? A lot of tourists are coming in so it makes you busy? |
| DOMINIC: | (KO) Yes, busy, Hong chul also is busy, even shuttle bus to airport. |
| HN3960: | (KO) Have you eaten anything? Don't you want to eat? Order some food. |
| DOMINIC: | (KO) how about you bro? Are you going to eat? |
| HN3960: | (KO) okay, I will order too. What do you want to eat? What is good here? |
| Waiter: | anything to drink sir? |
| DOMINIC: | um, can I get orange soda. |
| Waiter: | are you ready to order sir? |
| DOMINIC: | give us few minutes. |
| HN3960: | (KO) Koran air still brings three airplanes a day? |
| DOMINIC: | (KO) yes, there is three flights until end of this month. Next month there will be two daily flights and on the March there will be three additional flights every week |
| HN3960: | (KO) Okay, so it will be busy until this month. |
| DOMINIC: | (KO) how's your store? Keep you busy? |
| HN3960: | (KO) yeah, because more locals are going in over there. |
| DOMINIC: | (KO) does the strip bar has changed the owner? |
| HN3960: | (KO) a strip bar? It has moved from Tumon. |
| DOMINIC: | (KO) to where? |
| HN3960: | (KO) Blue (inaudible) |

GOVERNMENT EXHIBIT
5

| DOMINIC: | (KO) does Talent has moved to here too? |
|---|---|
| HN3960: | (KO) oh horse race. |
| DOMINIC: | (KO) the rent probably very expensive in Tumon. |
| HN3960: | (KO) 7200 dollars, here is only 3500 dollars, almost half price. |
| DOMINIC: | (KO) how's Talent business going? |
| HN3960: | (KO) well, you know musha, musha has twenty girls (laugh). |
| DOMINIC: | (KO) I heard within two week seven girls... |
| HN3960: | (KO) Twenty. (Laugh) when you go there you probably see more bar girls than customer. |
| DOMONIC: | (KO) but there is too many 15days girls. |
| HN3960: | (KO) what you mean? |
| DOMINIC: | (KO) those girls are rotated 15days, for example toady there is 20girls but tomorrow only 2girls because others are left. You know. |
| HN3960: | (KO) no, I hear that now girls constantly come in. many club have had a hard time to find the girls for while ago but now it over supply. |
| DOMINIC: | (KO) according to the rumor, the website start to work now. ✳ |
| HN3960: | (KO) perhaps this year is going to be easy to find the girls because economy is getting up here compare to Korea, Korea's economy is still bad. If visa wave program extend to 3months instead of 15days, it will be fantastic. |
| DOMINIC: | (KO) but I think if Guam's visa waver program extends as same as mainland US, those girl is not going to choose Guam for work. |
| HN3960: | (KO) right, it makes sense. |
| DOMINIC: | (KO) so, it shouldn't that way. If they extend same length of staying as Japan, Guam will be big trouble. People would like choose other place, like Los Angels, Hawaii. |
| HN3960: | (KO) yes, I know what you mean; Guam doesn't have many sightseeing spot. |
| HN3960: | (KO) by the way, what are you going to have? |
| DOMINIC: | (KO) oriental chicken salad. |
| HN3960: | (KO) I will have this one. hahaha, opposite right? I will have breakfast menu in dinnertime. |
| DOMINIC: | (KO) I have heard that someone checked if those girl wouldn't have any problem immigration inspection when they come in. |
| HN3960: | (KO) those ladies who came, they are little bit old, they would be madam. |
| DOMINIC: | (KO) yeah. |
| HN3960: | (KO) they were sent from Korea to check Guam's market, like customer level, because someone from Korea plan to open a big club at Guam as investment,<br><br>He thinks that open a club that different as any other club in Guam. |
| DOMINIC: | (KO) oh, yeah. |
| HN3960: | (KO) that's why those old ladies were sent to here. |
| DOMONIC: | he will have a mini French toast breakfast, and I will get an oriental chicken salad. |
| HN3960: | (KO) they were sent to here first. You see, they are not young. |
| DOMONIC: | (KO) yeah, I thought there is new bar that called as an old lady club. |

| | |
|---|---|
| HN3960: | (KO) last time I asked these four girls, right? |
| DOMINIC: | (KO) I don't really see individual information so... |
| HN3960: | (KO) see their name and age. |
| DOMINIC: | (KO) oh, I remember this name. I think I saw her last time. |
| HN3960: | (KO) So, I asked you do this for these three girls first and later I asked this girl also right? |
| DOMINIC: | (KO) yes. |
| HN3960: | (KO) she must be last girl that I asked, wasn't she? |
| DOMINIC: | (KO) yeah, that's right. She was last person that you asked me to do, I remember her face. |
| HN3960: | (KO) out of these three, one girls wanted to leave early so I hand to money to Bosley. Have you received money from her, haven't you? That girl who wanted to leave first heard that rumor. |
| DOMINIC: | (KO) what kind of rumor? |
| HN3960: | (KO) you know, they are here for while, so I guess they have heard various rumor about this. I guess they started to worry about this. One of the girls has make a foreign friend who related to immigration, So this girl probably asks him to check if they are not recorded as overstay. And this man told this girl she recorded as overstay. So these girls discussed among themselves and thought may be this man just tried make money because they know some girl were able to came back after overstay. |
| DOMINIC: | (KO) I wonder how the guy was able to check immigration system? |
| HN3960: | (KO) I heard that the guy relate to immigration. He might told her that she recorded as overstay because he did not want to her leave. After she told that this man, these girls started to really worry about this and they have been calling me almost every day for ensuring they are not getting trouble. But you know, I don't really care about these girls, but there is a man behind these girls who is big investment from Korea. Oh, right! Could you please check. |
| DOMINIC: | (KO) what? (Answer phone) hello, yeah, yeah, he might went to play golf, he is not home, I called. Yeah, okay, me? I don't know. Okay, I see, call me anytime, I am out side for meeting someone. Okay. Bye. |
| HN3960: | (KO) Bosley said she knows some girls who were able to come in and as she knows no one have gotten caught. |
| DOMINIC: | (KO) I have seen her at airport sometime. Also I have seen these girls face Who I help, when they are coming in to Guam. |
| HN3960: | (KO) you mean these girls that you help was able to came in. right? |
| DOMINIC: | (KO) when I said that can't ensure 100percent because some times these girls has suspicious behavior, acts strangely, has no money in the wallet. Do you know Yu jin? One of girls who used to work for Yu jin, she was told by Yu Jin she has to have some money when she comes in, so Yu Jin gave her some money to use when she comes in, but she used all at duty free Korea. |
| HN3960: | (KO) yeah. |
| DOMINIC: | (KO) so, when immigration check her purse, she has no money and immigration found out she has no confirmed hotel reservation even she |

|          | said she has. Airlines mileage record also tells when passenger board last time. The immigration also checked that, that's how she got caught. |
| HN3960:  | (KO) oh, that's how she got caught. |
| DOMINIC: | (KO) you know when I see some one in immigration's secondary room, I also become little bit nervous, I start to wonder when they came in last time and think if the person was the one I help. |
| HN3960:  | (KO) I don't think the immigration do any particular things like before. They took a fingerprint when they got caught by overstaying before. |
| DOMINIC: | (KO) I believe they do. |
| HN3960:  | (KO) they start to do it again. |
| DOMINIC: | (KO) I think they take more time to investigate lately. |
| HN3960:  | (KO) oh, yeah. When they leave? But there is no immigration inspection when people leave from Guam. Right? |
| DOMINIC: | (KO) I am not sure what they do, because we, airlines staff don't translate anymore when overstay person get in problem, they call to certificated translators. |
| HN3960:  | (KO) okay, I see. Korean air have to inform to the immigration when overstay person leave. |
| DOMINIC: | (KO) yes, our main branch have to. |
| HN3960:  | (KO) Okay, to make clear I make example, just say person A is overstay and leave Guam tonight. |
| DOMINIC: | (KO) Oh, you mean departure? There is no action for departure passenger. I guess when immigration has nothing to do then they search. Sometimes they call us advance ask to inform them when someone they are wanted, show up. Or sometimes they ask to inform whoever stays more then 6 months. But lately they are getting busy so they don't want us to do anymore. |
| HN3960:  | (KO) I heard that while they are being strict they got people's finger print and footprint too (laughing). I guess it is not strict now. |
| DOMINIC: | (KO) When they are getting slow and nothing else to do, they like to do that. So other government thinks that they are doing something. |
| HN3960:  | (laugh) |
| DOMINIC: | (KO) but that makes themselves getting more work. |
| HN3960:  | (KO) so they don't do it now. |
|          | The investment man I was talking about earlier, he used to send girls many place even mainland, he is planning to open big club and supply girls from Korea. He is doing shady transaction long time so he is worries about his name might be in the black list. I asked him to come to Guam for marketing research, and then he told me his worry. He also knows that Guam is good business place for him, that's why he want me to ask you whether if you can find out his name is in black list or not, he will give you his name, birthday and money. |
| DOMINIC: | (KO) it is difficult to find out, I think the best way is to get US visa. If he can't get a visa he should not think of coming because his name might be in the list. |

| | |
|---|---|
| HN3960: | (KO) okay, if he doesn't get a visa. But it is very hard to get a US visa now. |
| DOMINIC: | (KO) well, if he has money... |
| HN3960: | (KO) I heard that us embassy would not like issue a visa even rich Korean people. |
| DOMINCK: | (KO) oh, is that right. |
| HN3960: | (KO) the Ministry of foreign affairs and trade, have started to being strict for reduce of denial of visa issue. The visa brokers, act with circumspection. There is a rumor the Ministry of foreign affairs and trade discuss with US government to make Korea as visa wave country to mainland US. That's why the visa broker get scare to do this even they make more money. |
| DOMINIC: | (KO) have he ever had crime history? |
| HN3960: | (KO) no, he also travel many countries except America. He has sent a ton of girls illegally to America for working at club even now, that's why he gets scare to enter Guam. |
| DOMINIC: | (KO)may be, he should be careful, because one of guy who used to work at tour company, many years ago he brought girls to mainland illegally, I don't know he used other people's passport or fake visa, anyway when he came Guam with his family it was his first time to Guam ever but he caught at immigration. |
| HN3960: | (KO) yeah, I thought so. That's why I am asking you, he is willing to pay if there is any way to find out. |
| DOMONIC: | (KO) well, I think it is hard. Airlines send passenger's information to Washington then Washington contact to here if they found any person in the list. We can't see any thing in the system until the person is on board. |
| HN3960: | (KO) okay, it is hard even we know someone at immigration. Is that right? |
| DOMINIC: | (KO) yes. Unless system has alerted... |
| HN3960: | (KO) no one can search by name and birthday before a person get in an airplane. |
| DOMINIC: | (KO)as I know, they have to have a reason to search a personal data and it is being record who opens other's file, who access a personal data so, it is not accessible to everyone. The man has to be in airplane |
| HN3960: | (KO) after he gets in the airplane it is already late. |
| DOMINIC: | (KO) He plans to come here often he should... |
| HN3960: | (KO)yeah, he is going to come here very often, he has never got in immigration secondary room or refused to enter the US, but he just worry because he has been sending girls illegally for long time many places such as massage, club, karaoke and made a lot of money. |
| DOMINIC: | (KO) if he will not be permitted to enter into US or Guam, he also will not be issued a US visa. I think the best way to find out for him, he should go applies for a US visa, if he gets a visa he should not have any problem to enter Guam. Thank you for the food. |
| HN3960: | (KO) (answer phone) hello, yea, why? Excuse me? Okay, yes. |
| HN3960: | (answer radio) hello, yeah, okay. Bye. |

|         |                                                                                                                                                      |
|---------|------------------------------------------------------------------------------------------------------------------------------------------------------|
|         | (KO) he plans to open very big club that different as what we have now on Guam.                                                                       |
|         | You know, I understand how this I-94 things work for overstay people, but I guess these people from Korea, it seems to be appear unbelievable happen, even I explained to them we have a someone in immigration side, and some girls came back after they did this. They still think that it is impossible especially in America. That's why this people came this time for testing. |
| DOMINIC: | (KO) okay.                                                                                                                                           |
| HN3960: | (KO) Do you understand what I am saying? This case is very important. I usually not doing this much care after I hook you up for them, this people will be related this work to be continued on, so I am more concern this time. I told Bosley they are willing to pay more money if needed. Bosley told me four hundred dollars for returning I-94 and four hundred dollars for one week prior to departing from Guam. And she told me that is good enough. If these girls are not connected to a man from Korea, I don't really care I just give money to Bosley and let them go whenever they want to. One of girl pays four hundred for departing also. |
|         | Have you gotten money for one girl's departure? One of girls paid for I-94 and departure also.                                                       |
| DOMINIC: | (KO) you mean she is still here?                                                                                                                      |
| HN3960: | (KO) yes, she is still here. Haven't you received money yet?                                                                                          |
| DOMINIC: | (KO) I got money for these four girls I-94 only. That was it.                                                                                         |
| HN3960: | (KO) I have handed money to her, the girl who ask you do this last She wanted to go so, I gave her money for this girl's departure too. I told her that the girl wanted to leave so money is for her. |
|         | Perhaps, she said that her brother is going to do together. She told me her brother is going to do anyway so she could ask together. That's why the girl did not go, even she has made a reservation. |
| DOMINIC: | (KO) was that end of December last year or beginning of this month? That time we could not reach each other so the lady wanted to stay more. And I believe I did not get a passport that time. Passport and money. |
| HN3960: | (KO) so, you have not received money. But did you do that?                                                                                            |
| DOMINIC: | (KO) recently....                                                                                                                                     |
| HN3960: | (KO) this girl, this girl wanted to leave so I handed money to her and ask her to inform to you. So you have not done it for her yet?                  |
| DOMINIC: | (KO) I have done with I-94 for these girls but I have not get it for departure.                                                                       |
|         | I will also check.                                                                                                                                    |
| HN3960: | (KO) yes, please check. I gave her money.                                                                                                             |
| DOMINIC: | (KO) I haven't gotten some money previously from her. I am trying to call her but I can't reach her.                                                   |
| HN3960: | (KO)Bosley? Yes, it is very hard to talk her. I asked her to set up for meeting for this between you and me, and she has told me she can't reach you after then I couldn't contact her also. |
| DOMINIC: | (KO) was that Saturday or Sunday that we suppose to meet?                                                                                             |

| | |
|---|---|
| HN3960: | (KO) she doesn't know you are going to meet me today? Did she call you and inform you Sunday meeting?<br>She possibly gets money.<br>By the way, is that money enough? I guess you are making good money. |
| DOMINIC: | (KO) I am doing this because there is no one else doing it and want to make just small extra money for my self. I do not expect make a lot of money out of this. If I plan to make a lot of money out of this I might get myself in trouble one day, you know people like make a gossip so I want to do this for someone I trust. It cost 300 dollars |
| HN3960: | (KO) three hundred for one way? |
| DOMINIC: | (KO) yes, so I got one hundred out of four hundred dollars, if I have to give him three hundred fifty dollars I will get fifty dollars. |
| HN3960: | (KO) (laugh) you not even make your gas fee. |
| DOMINIC: | (KO) I wanted him treated me sometime. Beginning with I was doing this by myself, one day one of immigration guy smelled it, and he told me that he know what I am doing. |
| HN3960: | (KO) you mean you were doing this by yourself and immigration officer caught you? |
| DOMINIC: | (KO) after he caught me, I was told that he would help me for some amount of money. |
| HN3960: | (KO) (laugh) is he from Guam? I wonder if he is still here. |
| DOMINIC: | (KO) who? |
| HN3960: | (KO) he was immigration officer. I no longer see him. |
| DOMINIC: | (KO) we use first name instead of last name when I call them,<br>I know some of them. They like go the club. |
| HN3960: | (KO) for work? Like undercover investigator? |
| DOMINIC: | (KO) no, just hang out. |
| HN3960: | (KO) it may perhaps work out if you work with them. Make them enjoy with these girls and give them discount and ask out favors. You might ask them. |
| DOMINIC: | (KO) they don't like introduce themselves as immigration officer, they usually lie what they do, the reason why they are doing it is they don't want girl to get scare, they don't want to be gossip, and they don't want to be bother at work. They try to avoid someone who they met at club, call at immigration to ask various things. |
| HN3960: | (KO) (answer phone) hello, yes, I am having meeting with someone. Yes, yes, yes, yeah, yeah, call O Kim's restaurant. Yes, yes, O Kim's have two cars so call them up first. Okay. |
| DOMINIC: | (KO) what happen? |
| HN3960: | (KO) (inaudible) |
| DOMINIC: | (KO) your store? |
| HN3960: | (KO) they might do your favor, anyway it is good idea be friend with them. |
| DOMINIC: | (KO) at work, we try to pretend we are not close each other. |
| HN3960: | (KO) are the officers mostly Chamorro or local? Is there anyone from state? |
| DOMINIC: | (KO) there are few from mainland but majority local. |

|          | They can start here and they can transfer to other state. You know how many people from mainland want to move to work at here, Guam |
| HN3960:  | (KO) I heard it become hard to pass test to be immigration officer. |
| DOMINIC: | (KO) it has become difficult. |
| HN3960:  | (KO) to make simple, you can not erase the record information on the computer system. |
| DOMINIC: | (KO) Another word, I turned it in before it's over the date. |
| HN3960:  | (KO) then the computer system shows as the person left already? |
| DOMINIC: | (KO) it is better say it this way, we could say the person left around this time. Because, there is no specific departure date on the I-94. |
| HN3960:  | (KO) I-94 is... |
| DOMINIC: | (KO) so, we turn it in with out date stamp. |
| HN3960:  | (KO) you mean, you turn I-94 in with out departure date stamp. So, you, Korean air stamp departure date on I-94, not immigration? You don't stamp intentionally to pretend to forget stamping. |
| DOMINIC: | (KO) our staff stamp it so I can't give to them, I usually give it separately. When the person departs I just switch computer record. There will be no specific departure date on the system record, immigration might suspect but they can't say anything without evidence. |
| HN3960:  | (KO) when you meet him next time, (inaudible) You know that is different between he goes back and forth and he only send girl from Korea. He invests a lot of money even the bar is not small. |
| DOMINIC: | (KO) as I told you earlier, if he plans to invests money and open a bar, he should get a visa. |
| HN3960:  | (KO) he is not go through formalities step, he just brings in money. |
| DOMINIC: | (KO) even though he should have a business license under his name. |
| HN3960:  | (KO) he said he is not going to do that, he just brings money in. |
| DOMINIC: | (KO) what? I mean even though he probably has his business in Korea. He has his business in Korea, has money, has no crime history, all this condition, I think he shouldn't be worry for rejection of issue of US visa. If he goes and back so many times with out a visa and any reason he will be rejected to enter Guam too. |
| HN3960:  | (KO) He just has something on his conscience, by the way what is this case, listen. You know Won Bae, we have met together. His visa got revoked he called me from Korea. He was not even informed why his visa has revoked. |
| DOMINIC: | (KO) that's also here, we don't why either. I am sure Bro Won Bae has... |
| HN3960:  | (KO) no, I have spoke with last time before he tried to leave Korea, he said he doesn't know why his visa has revoked. |
| DOMINIC: | (KO) well, it could be various reason, for example his family is here for living... |
| HN3960:  | (KO) he was asking me that Guam is visa wave place so he was wondering if he could come, and he wants me to find out he could come. |
| DOMINIC: | (KO) even I asked them, they don't let us know about those things. Yeah, his visa was revoked I thinks he can't come to Guam either. He will be no longer able to use US visa waver program to enter to Guam |

|          | If his visa expired it is okay, he can still come in, but if his visa has revoked he could not come in here either. |
|----------|-----|
|          | I think his may has family here, may be that's why his visa has revoked. |
| HN3960:  | (KO) family, he has a wife. |
| DOMINIC: | (KO) wife. Well I don't remember if I had met her, did he have a kid? |
| HN3960:  | (KO) he has kid and he has a wife. I heard that they turn his wife's I-94 in before, like this. |
| DOMINIC: | (KO) they haven't had a green card? Did they get a married to get a green card? |
| HN3960:  | (KO) no, they haven't. They did I-94 turn in but it wasn't you. They went through other. |
| DOMINIC: | (KO) I wonder why he visa has revoked? |
| HN3960:  | (KO) He doesn't know why either. |
|          | How's Yong Sik doing? |
| DOMINID: | (KO) I can't contact him for while. I spoke his friend and his friend before Christmas and say Yong Sik is might... February. |
| HN3960:  | (KO) He called me, he has something kind of incident in Korea, he can't leave Korea this month, so |
| DOMINIC: | (KO) How about Yong Sik's room? Have you ever been there? The day when Yong Sik left the police came to his room to investigate. Man moon bro has... |
| HN3960:  | (KO) Man moon was under sentence of 4 years. |
| DOMINIC: | (KO) 4years? |
|          | This time, one of guy has caught |
| HN3960:  | (KO) just recently? |
| DOMINIC: | (KO) One cop followed to the hotel to catch him, Man Moon bro has remember what Yong Sik bro did... |
| HN3960:  | (KO) someone reported him. that's why he left that day. |
| DOMINIC: | (KO) he got a caught because someone reported him? Then he might not able to come in here again. |
| HN3960I  | (KO) in order to coming in here, he has to be given a verdict of "not guilty" If he is found not guilty then he might able to come in but if not he can't come in. |
| DOMINIC: | (KO) I went there once for bring some books for them. |
| HN3960:  | (KO) a prison? Are there a lot of them in the prison? |
| DOMINIC: | (KO) yes, he also got caught because Man moon, Man moon caught because he brought it. |
| HN3960:  | (KO) they think Guam too easy, it is not easy place. |
| DOMINIC: | (KO) after Man moon has came out from prison, the drug is going around. I believe he got caught three times within two years. |
| HN3960:  | (KO) do you want me to ask Bosley? Or. |
| DOMINIC: | (KO) I will ask her. |
| HN3960:  | (KO) yeah? You should tell her that the girl has handed to money already then why she has not given you money. |
| DOMINIC: | (KO) but, I guess she own money that's why she doesn't answer. |
| HN3960:  | (KO) then I should call her and ask her. |

DOMINIC: (KO) and I will check that again.
HN3960: (KO) do you think should I send these girls out, but I have not known that you have not had any information and money from her. Also you can't help these girls this time when they leave because you haven't got money yet.
DOMINIC: (KO) as I believe I have not received any money.
HN3960: (KO) how many days prior to departure should I call you when these girl decided to leave?
DOMINIC: (KO) Passport, and
HN3960: (KO) Passport and money, right? I ask you to be extra care.
DOMINIC: (KO) I will try but as I told you I can't ensure 100 percent. There is various thing caused refusal of entry Guam. As I told you already, these girls have to have money when they enter next time, they have to try not to do suspicious behavior, also be careful the way they dress up. The immigration officer has a sense to catch that because they have been working long time. You know the construction worker's fingertip usually get hard from their work. Immigration worker also check those kinds of things. When these girls have a officer who has question them a lot, then the girls might be sent to secondary room, immigration start to investigate then they could find out or not. So sometimes it is also their luck. The worst case immigration could contact to Korea to find out in and out date, then that case I can't do anything. I can't touch anything in the system in Korea. I think that a story of lost a passport after they came Guam, is not good idea, should tell them they lost them before they came here.
HN3960: (KO) okay, I call you and I will call Bosley also.
DOMINIC: (KO) don't tell her.
HN3960: (KO) I told her I don't have to meet you, I just want to give her money and whatever needs, I wanted her in the middle to connect to you and these girls, but she couldn't do it. She doesn't know what to explain when these girls have a questions, she doesn't answer the phone.
Could you ask her if you could?
DOMINIC: (KO) I called her but she doesn't answer again. Do you know what she is doing?
HN3960: (KO) she just stays at home. Should ask Chul.
DOMINIC: (KO) excuse me?
HN3960: (KO) you know her boy friend. Chul, who used to work at Takara. Gi Chul, don't you know? He wares glasses, he is skinny.
Shall we go? Keep in touch, alright?
Come and hang out sometime Hong Chul is in the store at night time.
You find that, and I will call her. Okay?
DOMINIC: (KO) when you contact her could you tell her that I am trying to contact her but I couldn't.
HN3960: (KO) okay, thank you for coming today, take care, bye.
Call me whenever you are off, whenever.

HN3960: (answer phone) hello, hello, yeah, kb? Where is the kb? On the top, the movie theater side? The big parking lot. Right? Okay, alright, yeah, already, I am in front of McDonald. Okay. Okay.

# EXHIBIT C.6

GM16CR06GM0005                    02/07/07

CALL TO BOSLEY BY HN3960              01:44PM


HN3960              : Hello, it's me

MEE K BOSLEY            : Hello, Hi brother

HN3960              : have you talk with Inkyuk to verify? On the phone?

MEE K BOSLEY        : no, I have not... (Inaudible) I wasn't able to talk because someone else with us.

HN3960              : you haven't? Would you make sure this as fast as you can, because those girls have to leave

MEE K BOSLEY            : okay, okay.

HN3960              : money, because Dominic said he has not get money.

MEE K BOSLEY            : okay, okay.

HN3960              : so would you talk again?  He said he got the money except that money for girl's outgoing?

MEE K BOSLEY            : what I heard was he even made reservation for air tickets.

HN3960              : yeah, he said he did not get money. So would you make sure that and call me?

MEE K BOSLEY            : okay.

HN3960              : alright.bye

GOVERNMENT
EXHIBIT
6

# EXHIBIT C.7

GM16CR06GM005          02/07/07

CALL TO DOMINIC BY HN3960          1:50PM


| DOMINC | : | hello |
| HN3960 | : | hi, Inkyuk, hello |
| DOMINIC | : | yes. |
| HN3960 | : | It's me, Sung ho |
| DOMINC | : | yes, yes |
| HN3960 | : | I am sorry I could not answer the phone, I had a some guest, sorry that I didn't make it |
| DOMINIC | : | oh. Okay |
| HN3960 | : | does mee joo(Bosley) call? I have meet her and talk few days ago on the phone about the money. I told her that Inkyuk did not receive money. So she told me that she will verify and call me, I am still waiting her call. |
| DOMINC | : | oh, she has not call me but few days ago, I have an encounter with Her. At that time she told me that she will give me call but she never did. |
| HN3960 | : | she did not. |
| DOMINIC | : | she said the number is not belonging to her, she doesn't have... |
| HN3960 | : | I told her one of the girls has to leave soon as possible, so I ask her Verify it as earliest possible. Because we gave her money but you Have not receive it. It was four hundred dollars for a girl's departure but you have not Get it. Right? |
| DOMINC | : | yes, also I have some amount of money that I have not receive except This. |

GOVERNMENT
EXHIBIT
7

| HN3960 | : | you meant, beside this, she has to give you money? |
| DOMINIC | : | yes. |
| HN3960 | : | we have hand her four hundred dollars for I-94 per person and |
| | | For departure. But you said you haven't receive? |
| DOMINC | : | yes. |
| HN3960 | : | how about four hundred dollars that gave you at the beginning? |
| DOMINIC | : | yes , I have receive |
| HN3960 | : | so you meant, the money for girl's outgoing, have not hand to you? |
| DOMINC | : | yes. |
| HN3960 | : | oh, this is urgent. The girl has to leave soon, she has overstayed |
| | | She is all anxiety. Anyhow if she calls you told her that you spoke me |
| DOMINIC | : | when does she want to leave? |
| HN3960 | : | that's why,  I am telling you ,we still wait, and I haven't gotten |
| | | answer. |
| DOMINIC | : | oh. |
| HN3960 | : | the girl kept asking me, but I have to make sure you and mee joo |
| | | Have set that. So I told mee joo to call you and we talk after that. |
| DOMINIC | : | okay. |
| HN3960 | : | call me. I am sorry again that I couldn't answer your phone. |
| DOMINC | : | yes.bye. |
| HN3960 | : | bye. |

# EXHIBIT C.8



# U.S. Immigration and Customs Enforcement

## STATEMENT OF RIGHTS

Before we ask you any questions, it is my duty to advise you of your rights.

You have the right to remain silent.

Anything you say can be used against you in court, or other proceedings.

You have the right to consult an attorney before making any statement or answering any questions.

You have the right to have an attorney present with you during questioning.

If you cannot afford an attorney, one will be appointed for you before any questioning, if you wish.

If you decide to answer questions now, you still have the right to stop the questioning at any time, or to stop the questioning for the purpose of consulting an attorney.

---

## WAIVER

I have had the above statement of my rights read and explained to me and I fully understand these rights. I waive them freely and voluntarily, without threat or intimidation and without any promise of reward or immunity. I was taken into custody at _5:12 am_ (time), on _July 31, 2007_ (date), and have signed this document at _5:30 am_ (time), on _July 31, 2007_ (date).

_In Hyuk Kim_
Print Name

_I _____
Signature

WITNESS: _Richard Flores_          DATE: _07/31/07_

WITNESS: _____          DATE: _7/31/2007_

GOVERNMENT
EXHIBIT
8

# EXHIBIT C.9

## DEPARTMENT OF THE TREASURY
### UNITED STATES CUSTOMS SERVICE

## AFFIDAVIT

*who read not under oath after oral statement after written Miranda no trust*

STATE OF: _____ )

COUNTY OF: _____ )

I, In Hyuk Dominic Kim _____

Who after being duly sworn states the following:

I first started sending I-94 that was given to me by Suh/Wonbac. This happenned back in 2003. I had recieved from him was $400 and to drink at the club he owned Club Volvo, I do not recall how many I sent out, but it was around 10. Suh/Wonbac informed other owner such as Yuji and Aena who owned Big mama. I probably sent around 4 I-94 per their request and recieved $300 per person. I then met Ms. Noh who was close with Aena of Big Mama. Ms Noh later worked at Yeobe Club where I sent 5 I-94 as she requested and recieved $300 per person. I recieved I-94 from YiJae as request by Ms. Noh. I am thinking I recieved around 4 in early 2006 and 5 additional late 2006. I was told 4 was for the request of Park/Kwangho and was paid $1200 for all 4 people and didn't get the other 400 as promised. My last I-94 I sent was early 2007 or late

The contents of this statement are true and correct to the best of my knowledge and belief.

Subscribed and sworn to
before me this 31 day
of ~~July~~ , in the year
2007 .

_____
Affiant

_____
Special Agent

_____
Witness

GOVERNMENT
EXHIBIT
9

Customs Form 4604 (062697)

2006. After the first ~~two~~ two or three years of send I-94 illegally. I heard rumors of investigation. I stopped sending I-94 but still recieved money to send the I-94, I just ~~through~~ threw the I-94 away and made it seem the I-94 was sent. ~~I~~ Because I work at the airport, people will call me to get information about someone being in secondary or If some came to Guam. In ~~no~~ no way did I know that some one was coming unless they were not released by CBP and the manager or owners will call me about a certain passenger. In no way did I falsify in the interpretation conducted. I may know or assume their intent was for working but I am there to interpret the best I can. I recieved phone calls from Mr. Choi Byoung Kuk ~~when~~ asking me about Mr. Kim/Douglas. I asked him how he knew Mr. Douglas Kim and how he is associated with him. All he told ~~him~~ me was that someone else was asking. I told him he was held by customs I met Mr. Choi/Byoung Kuk when he came to Guam for his honey moon. I was asked by Mr. Kim/ Yong Sik to drive them around. It was Mr. Yong Sik throug Yuji of Big MaMa to drive and guide Mr. Sa Yong Kim When he came to Guam for his Honey Moon. In no way was I connected ~~with the~~ with drugs being brought in to Guam

The contents of this statement are true and correct to the best of my knowledge and belief.

Subscribed and sworn to
before me this __31__ day
of __July__ , in the year
__2007__ .

_____
Special Agent

Page __2__ of __3__

_____
Affiant

_____
Witness

## AFFIDAVIT (continuation)

I had dropped Met Mr. Kim/Yong Sik before he left guam. I had picked him up at M&M spa and went to Yong Sanaq club before I dropped him at the airport. He showed me his green card and also informed me that I wouldn't be able to reach him until he takes care of some business with police. He said he would be arrested as soon as he arrives in Korea. This was the last I heard from him. It was later that I was told that he was involved in smuggling drugs. I only found out through Mr. Kim/Sa Yong because he was asking to find out what had happen to Mr. Kim/Doo Hwan. Mr. Sa Yong told me that Mr. Doo Hwan was involved in smuggling drugs this was a month after the drug smuggling incident. I had to go to the consulate and find out his where abouts. The only money I recieved from Mr. Sa Yong Kim was not for me but to buy books for Mr. Dohwan Kim. I had dropped off books at agana precint.

The contents of this statement are true and correct to the best of my knowledge and belief.

Subscribed and sworn to before met this 31 day of July , in the year 2007

_____
I____ (Affiant)

_____
Richard Frour
Special Agent

_____
(Witness)

Page 3 of 3

# EXHIBIT C.10

DEPARTMENT OF HOMELAND SECURITY
ICE

R E P O R T   O F   I N V E S T I G A T I O N
C O N T I N U A T I O N

PAGE    3

CASE NUMBER GM16CR06GM0005

REPORT NUMBER: 005

. On July 25, 2007 In Hyuk KIM aka "Dominic" and Mi Kyung BOSLEY were
idicted by a federal grand jury in the District of Guam for Conspiracy to
ommit Alien Smuggling, a violation of 8USC1324, 18USC371 and 18USC2. Arrest
irrants were issued.

On July 31, 2007 at about 5:10 a.m., with the assistance of Guam Customs
d Quarantine Agency personnel, KIM was arrested in the employee parking lot
the Guam International Airport as he was getting off from work. Special
ient (SA) Richard Flores along with Task Force Agent (TFA) Erwin Fejeran
rved KIM a copy of the warrant of arrest and indictment. SA Flores informed
M that he was being arrested pursuant to the warrant and that he was being
ansported to the RAC/Guam office for processing.

At about 5:30 a.m., SA Flores advised In Hyuk KIM of his constitutional
ghts at the RAC/Guam office, as witnessed by SA John Duenas. KIM
knowledged, signed and waived his rights and agreed to cooperate with the
vestigation. KIM provided the following statements to SA Flores and SA
enas:

A. KIM, a naturalized U.S. citizen and long time resident of Guam,
gan his employment with Korean Air in 2003 as a passenger service agent.

B. KIM stated that he was first asked by Won Bae SUH, the owner of
ub Volvo, to submit an I-94 Departure Record for one of his Korean female
ployees to Customs and Border Protection (CBP) to make it appear the Korean
male had left prior to the expiration of her authorized stay under the Guam
irist (GT) Visa Waiver Program. KIM explained that he does not remember the
male's name and that he only recalls her as being an employee of SUH.

C. KIM received a copy of the female's passport and her original I-94
om SUH and then turned in to CBP the I-94 along with other I-94 Departure
cords of legitimate departing passengers of Korean Air flights. This would
en allow for the employee to remain on Guam past the authorized fifteen days
detected as a Guam Visa Waiver Violator or GT overstay.

D. KIM claimed that initially he received free drinks from SUH's Club
exchange for his service.

E. KIM explained that when the GT overstay wished to return to Korea
would change some of the information such as the date of birth of the
iarting passenger in the Korean Air computer system to reflect on the flight
issenger manifest and not reflect information of the individual's original
i4 that KIM submitted to CBP officials.

O F F I C I A L   U S E   O N L Y
S DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
CLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

GOVERNMENT
EXHIBIT
10

^ OFFICIAL USE ONLY

DEPARTMENT OF HOMELAND SECURITY
ICE

REPORT OF INVESTIGATION
CONTINUATION

PAGE    4

CASE NUMBER  GM16CR06GM0005

REPORT NUMBER: 005

F.  KIM continued to assist SUH with I-94s for approximately a year and as eventually paid $300.00 to $400.00 per I-94 Departure Record that he ubmitted to CBP.  KIM claims to have assisted SUH with approximately ten -94s within one year.  KIM stated that he knew the scheme of submitting I-94s o CBP was illegal.

G.  Won Bae SUH eventually told other Korean Bar owners of KIM's bility to falsify the departure of Guam Visa Waiver visitors which prompted thers to seek KIM's assistance.  KIM explained that he was approached by the wners of Big Mama Lounge, located in the Royal Orchid Hotel in Tumon, Guam. M was only able to identify the owners as Yuji and Aena, both Korean female. M claimed to have submitted approximately five I-94s between the years 2004 d 2005.  He claimed to have received $300.00 per document.

H.  KIM then explained that he met Ms. Noh, owner of Club Yeobo, by troduction from the owners of Big Mama Lounge.  He explained that he ceived and sent out approximately five I-94s for Ms. Noh at Club Yeobo and arged her approximately $400.00 for each document.

I.  He also met a Korean female named Yi Jie who was the owner of Apple unge through Ms. Noh.  KIM said that he received nine I-94s from Yi Jie. M recalled that he received about five I-94s in the beginning of 2006 and proximately four more in late 2006.  In late 2006, he recalled that he was ly paid for three of the four I-94s that were given to him.

J.  KIM also explained that during the year 2006 he heard rumors of an vestigation at the airport, which lead him to discard the I-94s he received opposed to turning them into CBP.  He stated that he still continued to sist in the departure of the GT overstays by changing their passenger formation as they checked in for their Korean Air flights back to Korea.

K.  KIM further described how he would receive phone calls at work from ple he knew who would ask if certain female passengers posing as Guam a Waiver Tourists had passed through immigration inspection.  He lained that he would only inform the callers if the passengers were in CBP ondary inspection.

L.  KIM concluded the interview and provided a written statement in ards to this investigation to SA Richard Flores as witnessed by SA John nas.

On July 31, 2007 at about 10:30 a.m., In Hyuk KIM appeared in the District rt of Guam for his initial appearance.  KIM was released on his own ognizance pending trial scheduled for September 24, 2007.

OFFICIAL USE ONLY

3 DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR LOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED CE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.