# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> vs. <br><br> IN HYUK KIM aka DOMINIC, <br><br> Defendant. | CRIMINAL CASE NO. CR07-00064 <br><br> **ORDER RE: AMENDMENTS TO TRIAL SCHEDULING ORDER** |

In light of the Defendant's recently filed motions, the court issues the following amendments to the Second Amended Trial Scheduling Order.[1] All Pretrial Motions originally due on April 11, 2008 are now due on April 18, 2008. Opposition briefs originally due on April 16, 2008 are now due on April 23, 2008. Reply briefs originally due on April 22, 2008 are now due on April 29, 2008. Additionally, the court hereby vacates the pretrial conference set for April 29, 2008, at 9:30 a.m. and the jury trial set for May 6, 2008, at 9:30 a.m., pending the disposition of Defendant's motions. A hearing on Defendant's pending motions is hereby scheduled for May 14, 2008 at 9:30 a.m.

**SO ORDERED.**

/s/ **Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Apr 22, 2008**

---

[1] This Order moots the parties' Stipulated Motion to Enlarge Time for Briefing Schedule.