IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

\* \* \*

**US Attorney's Office
Districts of Guam & NMI**

MAR 13 2008

Time _____
Receiving name _____
Date keyed in Dbase _____
Entered into Dbase by: _____

**FILED
DISTRICT COURT OF GUAM**

MAR 13 2008

**JEANNE G. QUINATA
Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **COURT OF APPEALS** |
| | ) **CASE NO.** |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL CASE |
| | ) NO. CR07-00064 |
| IN HYUK KIM, | ) |
| a/k/a DOMINIC, | ) |
| | ) |
| Defendant. | ) |

TRANSCRIPT OF PROCEEDINGS

BEFORE

THE HONORABLE FRANCES TYDINGCO-GATEWOOD

Chief District Judge

**HEARING ON MOTIONS**

**MONDAY, FEBRUARY 11, 2008**

Wanda M. Miles, Official Court Reporter
District Court of Guam

EXHIBIT A

**APPEARANCES:**

FOR THE PLAINTIFF:

UNITED STATES ATTORNEY'S OFFICE
BY: KARON V. JOHNSON, Esq.
ASSISTANT UNITED STATES ATTORNEY
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910

FOR THE DEFENDANT:

LUJAN AGUIGUI & PEREZ LAW OFFICES
BY: PETER C. PEREZ, Esq.
238 Archbishop Flores Street
DNA Building, Suite 300
Agana, Guam 96910

---

**I N D E X**

| Government Witness | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| John Duenas | 7 | 103 | 139 | 141 |
| Richard Flores | 156 | 160 | 177 | 179 |

```
 1                        E X H I B I T S
 2
 3   Government Exhibits                    Identified/Admitted
 4     1 - Monitored call transcript           14/76         18
 5     2 - Monitored call transcript           17/76         --
 6     3 - Monitored call transcript           20/82         26
 7     4 - Monitored call transcript           26            31
 8     5 - Monitored call transcript           32/96         35
                                               152
 9     6 - Monitored call transcript           36            37
10     7 - Monitored call transcript           38            38
11     8 - Statement of Rights form            40            41
12     9 - Affidavit/Kim's written             42            44
           statement
13    10 - Report of interview by agent        41            41
14
15   DEFENSE EXHIBITS                        IDENTIFIED/ADMITTED
16   A - Report of investigation              49
17   B - Kim's declaration                    115/131
18   E - Statement of Rights form                 124/160
19
20
21
22
23
24
25
```

Wanda M. Miles, Official Court Reporter
District Court of Guam

```
 1          THE COURT:  All right, you may step down.
 2          MS. JOHNSON:  Richard Flores, Your Honor.
 3          THE COURT:  Okay.  Why don't we take a ten-
 4  minute recess.  I just have to make one more call and
 5  then one long distance call and then I'll be right
 6  back.  So ten minutes and then we'll proceed.  Thank
 7  you.
 8          (Recess was taken.)
 9          (Proceedings resumed as follows:)
10          THE COURT:  Please be seated.
11          We're back on the record in USA versus In Hyuk
12  Kim, a/k/a Dominic.  All counsels are present, the
13  defendant is present, and Mr. Flores is present.
14          You may proceed, Ms. Johnson.
15          MS. JOHNSON:  Agent Flores.
16          THE COURT:  Agent Flores to the stand.
17          MR. PEREZ:  Your Honor, I just wanted to
18  confirm one thing on the record because these agents
19  are testifying, and Agent Duenas is going to be leaving
20  tomorrow morning and I just learned that my client had
21  been debriefed subsequent to this occasion, and
22  apparently there are no records regarding these
23  debriefings, so I just want to confirm that none of
24  that information is being used because -- and it's not
25  available for my cross-examination in the examination
```

```
 1  of these agents.
 2          MS. JOHNSON:  Apparently I'm told that after
 3  Mr. Gorman was representing the defendant, he had him
 4  interviewed by the agents to see if he could get him
 5  substantial assistance.  As I told counsel, that would
 6  be under Rule 11, and would be considered a Rule 11
 7  proffer, but that could not be used for any reason.
 8          THE COURT:  So it would not be, that's your
 9  representation?  Very well.
10          THE CLERK:  Sir, please raise your right hand.
11                  RICHARD FLORES,
12  called as a witness on behalf of the Government, was
13  first duly sworn and testified as follows:
14          THE CLERK:  Please state your full name and
15  spell your last name.
16          THE WITNESS:  Richard Vince Naputi Flores,
17  last name F-L-O-R-E-S.
18          THE COURT:  Very well, you may proceed.
19          MS. JOHNSON:  Thank you.
20                  DIRECT EXAMINATION
21  BY MS. JOHNSON:
22      Q.  How are you employed?
23      A.  Very well, Ma'am, thank you.
24      Q.  Where do you work?
25      A.  I'm sorry, I work for the U. S. Immigrations
```