LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. **07-00064** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| | ) | |
| IN HYUK KIM, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on April 22, 2008, I electronically filed United States' Response to Defendant's Motions Filed April 18, 2008 with the Clerk of Court using the CM/ECF system, and I hereby certify that on April 22, 2008, I caused to be served via U.S. Mail and/or hand delivery, copies of the aforementioned document(s) to the following non-registered participants:

Peter C. Perez, Suite 300, DNA Building, 238 Archbishop Flores Street, Hagatna, Guam.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney
108 Hernan Cortez Ave., Ste.500
Hagatna, Guam 96910
(671) 472-7332