✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

**UNITED STATES OF AMERICA**

**NOTICE**

V.

**IN HYUK KIM aka DOMINIC**      CASE NUMBER:    **CR-07-00064-002**

TYPE OF CASE:

☐ **CIVIL**      **X CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**Motion to Dismiss Superseding Indictment for Prosecutorial Vindictiveness;  
Motion to Exclude Government Exhibits;  
Motion to Suppress**

**X TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Hon. Frances Tydingco-Gatewood | May 14, 2008 at 10:00 a.m. | May 15, 2008 at 10:15 a.m. |

JEANNE G. QUINATA, CLERK OF COURT  
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

May 14, 2008            /s/ Carmen B. Santos  
DATE                                    (BY) DEPUTY CLERK

TO:    U. S. Attorney's Office  
         Peter C. Perez  
         U.S. Probation Office  
         U.S. Marshals Service