LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00064 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER**<br>**Permitting Release of**<br>**Grand Jury Transcripts** |
| IN HYUK KIM, | ) | |
| Defendant. | ) | |

Based on the government's motion to release grand jury transcripts and for good cause shown, the Court hereby permits the release to defense counsel of all grand jury transcripts in the above-captioned case containing testimony of witnesses who have appeared before the federal Grand Jury in this matter.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: May 15, 2008