# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-07-00064-002　　　　　　　　　　　DATE: May 15, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos　　Electronically Recorded: 10:31:50 - 11:32:50
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　11:46:25 - 12:14:30

**APPEARANCES:**

Defendant: In Hyuk Kim aka Dominic　　　　Attorney: Peter C. Perez
☑ Present ☐ Custody ☐ Bond ☐ P.R.　　　☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Karon Johnson　　U.S. Agent: Richard Flores, Immigration and Customs Enforcement
U.S. Probation: None Present
Interpreter:　　　　　　Language:

**PROCEEDINGS: Motion to Dismiss Superseding Indictment for Prosecutorial Vindictiveness; Motion to Exclude Goverment Exhibits; Motion to Suppress**

- Motion to Dismiss Superseding Indictment for Prosecutorial Vindictiveness - <u>under advisement</u>.
- Motion to Exclude Government Exhibits - <u>mooted</u>.
- Motion to Suppress - further briefing to be submitted: Defense to submit brief by <u>5/22/2008</u>. Government to file opposition by <u>5/23/2008</u>. Defense to file reply, if needed, by <u>5/28/2008</u>. Hearing to be scheduled, if necessary.

NOTES: