

**FILED**
DISTRICT COURT OF GUAM

MAY 22 2008

JEANNE G. QUINATA
Clerk of Court

LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant In Hyuk Kim aka Dominic*

# IN THE UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>IN HYUK KIM aka DOMINIC,<br><br>Defendant. | CRIMINAL CASE NO. CR07-00064<br><br>**STIPULATION TO ENLARGE TIME FOR BRIEFING SCHEDULE** |

The undersigned stipulate to enlarging time to file the brief, opposition and reply briefs in this matter as follows:

1. Defendant's brief is currently due on May 22, 2008 to be due on May 27, 2008;

2. Government's opposition briefs currently due on May 23, 2008 to be due on May 29, 2008; and,

3. Defendant's reply brief currently due on May 28, 2008 to be due on June 2, 2008.

This stipulation is based on the Justification filed contemporaneously herewith.

IT IS SO STIPULATED this 22nd day of May, 2008.

| | |
|---|---|
| **LUJAN AGUIGUI & PEREZ LLP**<br><br>_____<br>PETER C. PEREZ, ESQ.<br>*Attorneys for Defendant In Hyuk Kim aka Dominic* | **LEONARD M. RAPADAS**<br>**UNITED STATES ATTORNEY**<br>**DISTRICT OF GUAM AND NMI**<br><br>_____<br>KARON V. JOHNSON, ESQ.<br>Assistant U.S. Attorney General |

K-0021/878-00/0878/PCP/dmg

