```
LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297
```

**FILED**
DISTRICT COURT OF GUAM

MAY 22 2008

JEANNE G. QUINATA
Clerk of Court

*Attorneys for Defendant In Hyuk Kim aka Dominic*

# IN THE UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>IN HYUK KIM aka DOMINIC,<br><br>Defendant. | CRIMINAL CASE NO. CR07-00064<br><br>**JUSTIFICATION FOR STIPULATION TO ENLARGE TIME FOR BRIEFING SCHEDULE** |

1. Briefs in the connection with Defendant's Motion to Suppress are currently due as follows:

    A. Defendant's brief is due on May 22, 2008;

    B. The Government's opposition brief is due on May 23, 2008; and,

    C. The Defendant's reply brief is due on May 28, 2008.

2. The Defendant's request that the briefing schedule be enlarge as follows:

    A. Defendant's brief be due on May 27, 2008;

    B. The Government's opposition brief be due on May 29, 2008; and,

    C. The Defendant's reply brief will be due on June 2, 2008.

3. This request is made on the following grounds:

    a. The child of counsel for Defendant went to urgent care on the evening of May 21, 2008;



Case 1:07-cr-00064   Document 81   Filed 05/22/2008   Page 1 of 2

b. Counsel for the Defendant is require to remain at home with his child on May 22, 2008 and possibly May 23, 2008; and,

c. Counsel's wife and the child's grandparents are currently off-island and no other person is available to care for said child.

4. This request is made in the interest of justice to enable the Defense to file briefs asserting legal arguments in a timely matter.

Dated this 22nd day of May, 2008.

LUJAN AGUIGUI & PEREZ LLP

_____
PETER C. PEREZ, ESQ.
*Attorneys for Defendant In Hyuk Kim aka Dominic*

K-0021/878-00/0878/PCP/dmg

2

*USA vs. In Hyuk Kim, aka Dominic*
Criminal Case No. CR07-00064   Document 81   Filed 05/22/2008   Page 2 of 2
Justification for Stipulation to Enlarge Time for Briefing Schedule