**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant In Hyuk Kim aka Dominic*

# IN THE UNITED STATES DISTRICT COURT

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR07-00064 |
| vs. | |
| IN HYUK KIM aka DOMINIC, | **ORDER TO ENLARGE TIME FOR BRIEFING SCHEDULE** |
| Defendant. | |

The Court having reviewed the Stipulation to Enlarge Time for Briefing Schedule and the Justification for Stipulation to Enlarge Time for Briefing Schedule, IT IS HEREBY ORDERED that Defendant's brief will be due on May 27, 2008, opposition briefs will be due on May 29, 2008 and reply briefs will be due on June 2, 2008.

SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
 **Chief Judge**
**Dated: May 27, 2008**