LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00064 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **CERTIFICATE OF SERVICE** |
| IN HYUK KIM, | ) |
| Defendants. | ) |

I hereby certify that on May 30, 2008, I electronically filed the following document: United States Response to Defendant's May 27, 2008 Memorandum with the Clerk of Court using the CM/ECF system, and I hereby certify that on May 28, 2008, I caused to be served via U.S. Mail and/or hand delivery, a copy of the aforementioned document(s) to the following non-registered participant:

Peter C. Perez
Suite 300, DNA Bldg.
238 Archbishop Flores St.
Hagatna, Guam 96910

               LEONARDO M. RAPADAS
               United States Attorney
               Districts of Guam and NMI

             By: /s/ Karon V. Johnson
               KARON V. JOHNSON
               Assistant U.S. Attorney