```
 1  LUJAN AGUIGUI & PEREZ LLP
    Attorneys at Law
 2  DNA Building, Suite 300
    238 Archbishop Flores Street
 3  Hagåtña, Guam 96910
    Telephone (671) 477-8064/5
 4  Facsimile (671) 477-5297
```



**FILED**
DISTRICT COURT OF GUAM
JUN 0 2 2008
JEANNE G. QUINATA
Clerk of Court

*Attorneys for Defendant In Hyuk Kim aka Dominic*

## IN THE UNITED STATES DISTRICT COURT

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR07-00064 |
| vs. | **CERTIFICATE OF SERVICE** |
| IN HYUK KIM aka DOMINIC, | |
| Defendant. | |

I, PETER C. PEREZ, hereby state that on the 2nd day of June, 2008, I caused to be served via hand delivery a copy of:

1.  Defendant's Reply Brief Pursuant to Court Order, in Support of April 18, 2008 Motion to Suppress; and,

2.  Certificate of Service

to the following address:

> LEONARDO M. RAPADAS
> United States Attorney
> **OFFICE OF THE U.S. ATTORNEY GENERAL**
> 108 Hernan Cortes Avenue, Suite 500
> Hagåtña, Guam 96910

Dated this 2nd day of June, 2008.

LUJAN AGUIGUI & PEREZ LLP

By: /s/ *PETER C. PEREZ*
**PETER C. PEREZ, ESQ.**
*Attorneys for Defendant In Hyuk Kim aka Dominic*

K-0021/878-00/0878/PCP/dmg