# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>IN HYUK KIM aka DOMINIC,<br><br>    Defendant. | Criminal Case No. 07-00064<br><br>**ORDER SETTING HEARING** |

The court is in receipt of Defendant In Hyuk Kim's Supplemental Brief and Reply Brief and the United States' Response to Defendant's May 27, 2008 Supplemental Brief. *See* Docket Nos. 82, 86, and 84. The court therefore sets a hearing on the Motion to Suppress on August 14, 2008 at 1:30 p.m.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Jul 15, 2008**