✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ **GUAM**

**UNITED STATES OF AMERICA**

V.

**IN HYUK KIM aka DOMINIC**

**NOTICE**

CASE NUMBER: **CR-07-00064-002**

TYPE OF CASE:

☐ CIVIL     **X CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**Motion to Suppress**

**X TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE<br>U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Hon. Frances Tydingco-Gatewood | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>August 14, 2008 at 1:30 PM | CONTINUED TO DATE AND TIME<br><br>September 8, 2008 at 1:30 PM |
|---|---|---|

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

August 7, 2008       /s/ Carmen B. Santos
DATE       (BY) DEPUTY CLERK

TO:   U. S. Attorney's Office
       Peter C. Perez
       U.S. Probation Office
       U.S. Marshals Service