# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## GENERAL

CASE NO.: CR-07-00064-002          DATE: September 08, 2008

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Geraldine A. Cepeda / Ross Naughton  Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos          Electronically Recorded: 1:37:25 - 2:49:25

---

**APPEARANCES:**

Defendant: In Hyuk Kim                    Attorney: Peter C. Perez

☑Present ☐Custody ☐Bond ☑P.R.          ☑Present ☑Retained ☐FPD ☐CJA

U.S. Attorney: Karon Johnson              U.S. Agent: Richard Flores, ICE
U.S. Probation: None Present

Interpreter:                              Language:

---

**PROCEEDINGS: Motion to Suppress**

- Counsel presented argument on the motion.
- Witness Richard Flores (ICE Agent) sworn and examined - DX by Mr. Perez; CX by Ms. Johnson.
- Motion taken under advisement.
- Defendant released as previously ordered.

NOTES: Housekeeping matters:

(1) Motion to Suppress Government Exhibits - not mooted - Government to provide Defense with a video tape; Government advised court that video tape now available for review by Defense, but cannot be duplicated. Parties to continue to work on this matter.

(2) Motion to Dismiss is under advisement.

(3) Motion to Suppress being heard today.

(4) Defense requested copy of grand jury transcript which Government obtained. Defense to follow up with Government.